## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

FILED by _AP_ . D.C.

**OCT 2 3 2015**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

DR. KURT MARIN, MAURICE SYMONETTE
CLYDE MCPHATTER, JAMES BUCKMAN
and ALFRED DAVIS

CASE:

15CV 23915 PCH .

Plaintiff(s),

COMPLAINT

Vs.

NORTH MIAMI BEACH POLICE DEPT.
FLORIDA POWER AND LIGHT CO.
BUILDING and ZONING DEPT and JPMORGAN CHASE
BANK FA., SHAPIRO FISHMAN & GACH'E LAW FIRM, ATTY. JULIE HERZLICH
ATTY.  EILEEN  E. NAVARRO,  JUDGE BARBARA ARECES

Defendant(s )

_____/

AMENDED COMPLAINT

1) Violation of civil rights act
   of 1964

2) Damage to property
3) Grand theft of property
4) Violation of Bankruptcy
5) Respa and Tila Violations
6) No Contract
7) Fraud and Concealment
8) Quite Title
9) Declaratory and Injunctive
   Relief
10) Slander of Title
11) Intentional infliction of
    Emotional Distress.
12) Unjust Enrichment
13) Wrongful foreclosure

1

14) Violation of Civ. Code
15) Violation of the Statue of
     Limitations
  16)Deprived of Due process
  17)No Due Process of service
  18)Violation of Fed. 2009
   Obama save Tenants Act

**JURY TRIAL REQUESTED**

INDEX
INTRODUCTION
PARTIES AND JURISDITION
JURY TRIAL DEMAND
CLAIM OF RELIEF
BACKGROUND FACT
FIRST CAUSE OF ACTION-VIOLATION OF CIVIL RIGHTS ACT OF 1964 AND THE EQUAL
PROTECTION CLAUSE OF THE 14TH AMENDMENT OF THE US CONSTITUTION IN A
CONSPRIACY TO KEEP BLACK PEOPLE OUT OF WHITE NEIGHBORHOODS.
SECOND CAUSE OF ACTION –DAMAGE TO PROPERTY
THIRD CAUSE OF ACTION – GRAND THEFT OF PROPERTY
FOURTH CAUSE OF ACTION – VIOLATION OF BANKRUPTCY
FIFTH CAUSE OF ACTION – RESPA AND TILA VIOLATIONS
SIXTH CAUSE OF ACTION – NO CONTRACT
SEVENTH  CAUSE OF ACTION – FRAUD AND CONCEALMENT
EIGHTH CAUSE OF ACTION – QUIET TITLE
NINTH CAUSE OF ACTION – DECLARITORY AND INJUNCTIVE RELIEF
TENTH  CAUSE OF ACTION – SLANDER OF TITLE
ELEVENTH  CAUSE OF ACTION – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
TWELTH CAUSE OF ACTION –   UNJUST ENRICHMENT
THIRTEENTH CAUSE OF ACTION – WRONGFUL FORECLOSURE, VACATE JUDGMENT
FOR FAILURE TO ATTACHE A COPY OF THE PROMISSORY NOTE AND IMPROPER
RE-ESTABLISHMENT OF LOST NOTE

FOURTEENTH CAUSE OF ACTION – VIOLATION OF CIVIL CODE
FIFTEENTH CAUSE OF ACTION  -- VIOLATION OF THE STATUTE OF LIMITATIONS
SIXTEENTH CAUSE OF ACTION—DEPRIVED OF DUE PROCESS
SEVENTENTH CAUSE OF ACTION DEPRIVED OF DUE PROCESS OF SERVICE
EIGHTTEENTH CAUSE OF ACTION-VIOLATION OF FEDERAL OBAMA SAVE TENANTS ACT
 PRAYER

PLAINTIFFS EXHIBITS


## INTRODUCTION

This is absolute hatred of **BLACK and WHITE** People and **DISCRIMINATION** and hopeless

sea of unrighteous lawyers and county Judges. We must unify all blacks and whites & the police

who are the 2 true brethren Shem (blackman) & Japheth (white Gentiles, Gen.10:1-5), God

Yahweh gave the promise that Shem & Japheth that they would dwell in the same tent (heaven on

earth) together in unity so that Japheth must be saved with Shem Genesis 9:27 to help rebuild the

economy, see exb. A1.  The Federal Court is our last hope for justice before Good BLACK and

WHITE People Unite and FIGHT (Revolt against the Regulators in America). see www.gods2.com.

In 1773 White Colony  People and free Black people were Tea Taxed by Britian but did not

Regulate or Tax the EAST INDIA TEA CO. East Idians were free and got rich. Both White and Black

Men discovered this and got furious and started the Revolution (Crispus Attucks a Black Man was

the 1st Man to Die in the American Revolution), the same thing is going on today, East Indians,

Arabs (all sons of Ishmael with the Orientals) are un Regulated and all businesses and are taking

all property in America (by Buying and Foreclosing). Now BLACKS AND WHITES are Waking up and

angry and ready to revolt. Federal JUDGES are one of our last hopes. THE BIBLE IN NEHEMIAH 5:1-

3

8 the people mourned because MORTGAGES ENSLAVED THE PEOPLE. "The subprime debacle, which I would define as loans That shouldn't have Been made and packaged that originated between 2000 and 2007, Is the biggest Ponzi scheme in the in the history of mankind." Spencer P. Scheer, Esq., opening speaker "the Subprime Mortgage Fallout, "State Bar of California 29th Annual Real Property Law Section Retreat, April 30th 2010. During The subprime meltdown, banks abandoned Traditional underwriting practices and caused a frenzy of real estate speculation by issuing Predatory loans that ultimately lowered property values in the United States by 30-50%. Banks reaped an unprecedented harvest. Kerry Killinger, CEO of Washington Mutual, took Home More than 100 million during the seven years that he steered WAMU into Bankruptcy. Banks issued millions of predatory loans knowing that the borrowers would default and lose their homes and then committed perjury and fraud to Fabricate documents in the foreclosure Process. As a direct, foreseeable, proximate result, 15 million families are now in danger of Foreclosure and plaintiff DR. KURT MARIN, MAURICE SYMONETTE, ALFRED DAVIS, JAMES BUCKMAN AND CLYDE McPHATTER is facing illegal foreclosure of their home, The loan Application submitted to WAMU is attached as **exhibit A., it consists of His name and address**.

### PARTIES AND JURISDICTION

1). Plaintiff Kurt Marin is a resident of Florida and owner of a single family Residence located at 3320 NE 165TH ST. MIAMI FL. 33160 (the property) Acquired By Warranty Deed on Sept. 26, 2006. the legal Description is: Eastern Shores 1 Addn PB 65-39 Lot 8 BLK 6 lot size irregular or 20413 4142 05 2002 1 coc 25872-3682 08 2007 4 or 28094-4012-0809-11 Parcel Identification Number: 07-2210-001-0080, In the City of Miami, the County of Miami Dade, the State of Florida.

4

2). Defendant  Chase Bank has operations in Miami Dade County, Florida and other States. L

Defendant Chase Bank ("Chase") A New York Corporation licensed to do Business in Florida,

mailing address is   Located at: 12945 SW 112st Miami, Fl. 33186-4768.

3).  Defendant North Miami Beach Police Department is located at: 16901 N.E. 19th Ave. North

Miami  Beach Fl. 33162.

4). Defendant Florida Power and Light (FPL) is within Miami-Dade County Florida

5). And is located at: FPL General Mail Facility Miami Fl. 33188-0001.

6). Defendant North Miami Beach Building and Zoning Dept. is located at 17050 N.E. 19th

Ave. North Miami Beach Fl. 33162 and is a Governmental Organization

7). Defendant Atty. Julie Herzlich is a resident of Ft. Lauderdale Fl. is is Located ar:

1800 NW 49th st. Ste. #120 Ft. Lauderdale Fl. 33309.

8). Defendant Atty. Eileen E. Navarro is a resident oF Ft. Laud. and is located at 15561

SW 183st Ln. Miami, Fl. 33187.

9). Defendant Judge Barbara Areces has a business address that is located at: 73 west Flagler st.

#243 Miami, Fl. 33130.

10). Defendants Shapiro Fishman & Gach'e Law Firm has a business address and is located at:

2424 N. Federal HWY. Ste. #360 Boca Raton Fl. 33431.

11). Plaintiff Dr. Kurt Marin is a resident of Miami Dade County Florida.

12). Plaintiff Clyde McPhatter is a resident of Miami Dade County Florida.

13). Plaintiff Maurice Symonette is a resident of Miami Dade County Florida.

14).  Plaintiff Alfred Davis is a resident of Miami Dade County Florida.

15). Plaintiff  James Buckman is a resident of Miami Dade County Florida

16). Defendant JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, ("CHASE") a   New York

Corporation licensed to do business in Florida named as trustee on a Mortgage Note or

substitution of Trustee describing the property admittedly signed by "A ROBO Signer, as a Vice

President, of JP Morgan Bank, National Association Successor in interest to Washington Mutual

Bank, FA. It was recorded in Broward County on Sept. 26, 2006. The Notary Public Who

Acknowledged the ROBO signer's signature under penalty of perjury was Another admitted ROBO

signer. . Plaintiff is Informed and Believes that signer is a ROBO-signer and that her Signature on

the Mortgage or Substitution of Trustee is a Forgery" Florida Attorney General stops ROBO signing

in Florida and gets a 25 Billion dollar settlement from Chase Bank  and 4 other Banks for ROBO

signing and other Bank Fraud cases. We the Plaintiffs demand that the Docs. be turned over to us

and examined for fraud like The settlement declared now must happen because Chase Bank

admits they illegally Foreclose and ROBO signed, but they are too big to JAIL. See: Dept. of

Justice/Office Of Public Affairs article 02/09/12 and www.NationalMortgageSettlement.com and

www.Justice.gov.

17). Defendants Does 1-150, inclusive, are sued under fictitious names. When their True  Names

and capacities are known, Plaintiff will amend this complaint and Insert their Names and

capacities. Plaintiff is informed and believes and their on Alleges that each of These Fictitiously

named defendants claims some right, title, Estate, lien, or interest in the Residence Adverse to

Plaintiffs title and their claims Constitute a cloud on Plaintiffs title to the Property. Or participated

in unlawful or fraudulent acts that resulted in injury to Plaintiff's Persons or Property.

There is diversity of citizenship between plaintiff and defendant  Chase Bank  and the Matter in

controversy exceeds, exclusive of interest and cost, the sum of $75,000. This court has jurisdiction

of this action pursuant to 28 U.S.C. 1332(a). This court has jurisdiction over the Subject matter of

this complaint under 28 U.S.C.  1331 and 1337 because it involves a Federal question regarding

interpretation and Proper application of the real estate Settlement Procedures  Act, 12 USC 2601

et seq.


### JURY TRIAL DEMAND

18).                                 PLAINTIFF requests a jury trial on all issues.

### CLAIM FOR RELIEF

19). Plaintiff Brings this action against  Chase Bank, NA ("Chase"), and Does 1- 88 for selling

Plaintiffs property At a Foreclosure sale to  and seeking to evict us at a hearing Oct. 14 2015 to

Deprive plaintiff of his Residence without any lawful claim to the property and for using **RACISM**

and **DISCRIMINATION** by Chase Bank lying to the Police saying we are not allowed in the house

and evicted us out of the house without a Court Order, before it was foreclosed on and while we

were in Bankruptcy because we are ***BLACK, THE SAME WAY THEY'RE DOING REVERSE***

***DISCRIMINATION ON WHITE PEOPLE.***

7

**BACKGROUND FACTS**

20). Plaintiff is the title holder of the property according to the terms of the Deed dated

July 14, 2006.  Plaintiff financed purchase of the property in 2006. Plaintiffs loan

application was submitted to Washington Mutual Bank ("WAMU") in July  2006.  A copy of

Plaintiffs Uniform Residential Loan Application, furnished to him by WAMU with instructions

to leave almost all of the items blank, is attached hereto marked "**exhibit A".**

21). And after Dr. Kurt Marin signed, WAMU then sells the NOTE to Washington Mutual Securities

(WMS) Who sales the unendorsed NOTE who like MERS packages the NOTE in a bundle of 5000

other NOTES and sales the unendorsed NOTES on the market many times,  A wammy, WAMU files

Bankruptcy then the FDIC sales WAMU assets to Chase Bank who continues to foreclose on a

NOTE that  was unendorsed and sold many  times on the market without being endorsed. And

then in 2007 WAMU failed, then the FDIC sold WAMU's assets to Chase Bank which did not

include Dr. Kurt Marin's Note because, the NOTE was already sold. Therefore When Chase bank

began to Foreclose on the subject property they knew they were Foreclosing on NOTES on

WAMU's books they had already sold, not on  WAMU's  Actual assets, they can't foreclose on

NOTES they don't own, that's Like trying to  Cash a  check (Promissory NOTE) and it's not signed

over to you or worse it's Already  CASHED (sold).

22). Then Chase bank used discrimination and racism with the excuse of keeping Blacks out of a

White neighborhood to illegally evict us because we are **NIGGERS** who will take the property

value down.

Three days before the racist incident, Barry Gamel a realtor who claimed he worked with JPM drove by 3320 N.E. 165th St. my house, and said to Maurice, Al, Clyde and James "you Niggers are an insult, NIGGERS bring down the property value, your making it hard for us to sell property here" Gamel also said "your bank has foreclosed on you and I'm going to get you NIGGERS out, because NIGGERS bring the property value down."

23). Then on or about 01/27/11 Barry Gamel was out watching as representatives of the City of Miami Zoning Department accompanied by 11 police officers with rifles and guns out, bullet proof vest on, rammed our front door at 3320 N.E. 165th St. N. Miami Beach FL. 33160 after police hit the door which Maurice opened and police pointed guns at Maurice saying get on the ground, went in the house and the yacht without a warrant, got the yacht workers out through the house and out of the house ordered them down on the ground handcuffed them checked some of our ID's without any probable cause, while Gamel laughed with zoning person Gill Rosenkauf and High Fiving police while neighbors watched. I asked the police sergeant why, he said the bank has foreclosed on this house and he said we are not supposed to be in the house with owner Clyde McPhatter, Maurice Symonette said the house is in bankruptcy, never foreclosed, **see exb. B** no Judge ordered eviction and only a Sheriff not a regular police can evict. Then the sergeant said we'll talk to the Building Department person Gill Rosenkauf who we saw talking to Barry Gamel before police raided the house.

Rosenkauf informed Plaintiffs that we had to vacate the premise because the house was a danger and uninhabitable since Plaintiffs did not receive city water. Plaintiffs home was using well water, like other homes in the community.

Rosenkauf ordered Plaintiffs to vacate the property without probable cause. After asking for the City Hall rule in writing, Rosenkauf stated Chapter 8, Section 5 on the back of his city planning business card. He then posted a red notice on the door to condemn   the property **(see exhibit C.)**

24). The police searched the residence and ordered all the occupants to leave the home. The Police then locked the doors. Plaintiffs were forced to leave their Vehicles and walk on foot.

25). The next day, Gamel was seen at the residence with another JPM realtor. They were changing the locks on the doors. Another Chase Bank person was seen removing property from the residence loading it on the Chase Bank Realtor's truck.

26). Plaintiffs approached the Chase Bank Rep. and inquired as to where they were going with Plaintiffs property. They said they were instructed to remove the property by  Chase Bank. They showed documents that showed the banks name.  Maurice Symonette asked him for his card.  He said hold on a second and went to the truck to get another card, because something was written on his card.  He jumped into the truck and sped off.

27). Defendants stole over $600,000.00 of equipment. The next day after the locks were changed Florida Power and Light (FPL) was observed turning off the power at the residence. Their reason was that the North Miami Beach Zoning department ordered FPL to cut the power to the because the house was a "grow house" for Marijuana, an illegally controlled substance. When Plaintiffs went to the police department to complain about them calling our house a marijuana grow house

the police were embarrassed and said after we have been evicted out of our house for 3 days that we were allowed to go back in because there was no eviction and no Judges order and they were appalled because they (police) searched the whole house the day of the incident and saw no marijuana, just beautiful furniture.   And so therefore we are not going to allow the Zoning department to take your house.  And while protesting with the help of Tea Party, the police chief said we should sue Miami Beach.  Now the Zoning department and police  chief no longer work with the City of North Miami Beach.

28). **Plaintiffs did not grow marijuana at the premises and no evidence was discovered to counter this allegation.** The removal of electricity, which caused the generator in our yacht to stop pumping out water from the boat. The 74 foot 4 story yacht sank and was a total loss. The dock was also damaged while police kept Plaintiffs away from the premises.  See YouTube Symonette Palace bad3.

29). Defendants committed an illegal self-help eviction. The actions of the Defendants caused great harm and stress, see affidavits from tenants, **exhibits A2,A3, and A4.**

30). On or about July 23, 2010 Plaintiffs son Jerimiah Parham who lived in the house was brought up on false charges for firing a firearm while defending his home from intruders at 3320 N.E. 165th St. Miami Fl. 33160 all in an effort to get us Black people out of this White neighborhood.

31). Plaintiff and his son were arrested because of the incident. Was racially motivated and prejudicial in violation of fourteenth amendment that preserves the rights of a defendant in state court. States the following: because they don't want Blacks in their white neighborhood.

32). On or about July 25th 2012 detectives led by Detective Catlin searched our house

And Plaintiffs bedroom without a search warrant. While pretending to search Alfred Davis room to

further harass us and to force us out of the white neighborhood on July 26th 2012 and they were

obviously looking for money to take and detective said to Alfred Davis where is your money with

witnesses see **(exhibit D&D1.)** all in quest to steal and run black people out of the white

neighborhood.


33). Detective Catlin in furtherance of the conspiracy to run Blacks out of the neighborhood July

24<sup>th</sup>2012 stopped Alfred Davis, Jovan Salamond and Clarence Glover and without a search

Warrant or permission searched the car and found nothing. Then went into the Black peoples

check cashing store blocked the store off all night without probable cause claiming to be waiting

on a search warrant and then without a search warrant being issued at 9am went into that store,

stole the computers out of both businesses even the business that was not being watched, this all

started at 9:00am that morning  and was witnessed by other people see **(exhibits of affidavits**

**#bb1, #bb2, #bb3, #bb4, #bb5, and #bb6),** all done before the search warrant was given by the

judge 12:pm see **(exhibit #bc).** On October 25<sup>t h</sup> Detective Catlin went to Clarence Glovers females

friend house knocked on the door and illegally searched without  a warrant her house and

searched a white truck not owned by Glover and took the truck without a warrant or probable

cause. We believe the truck has been sold and we want an inquiry on the where-a-bouts of the

vehicle. Detective Catlin arrested Glover that October 25th 2012 night and charged him with

driving while his license was suspended but the charge was  for July 25<sup>th</sup>2012 four months after

the July 25th stopping of Glover by Detective Catlin but Detective Catlin reported to Glovers probation officer that he was arrested for driving while his license was suspended knowing that Glover was never stopped while driving.  Glover was in the lady's house for a good period of time before he was arrested in the house the arrest affidavit said July 25th of which that charge was dismissed because it was four months later and witnesses say Glover wasn't driving **see (exhibit E&E1).** Glover had spent four months in jail as a result of Detective Catlin's lies and money and car thieving racisum in his quest to run us out of the white neighborhood and hid  the fact that he is stealing black people's money and cars and property. Feb 11, 2013 Detective Catlin and his gang of Detectives stopped Alfred Davis and other people that were in the car for NO Reason, pointed AR 15 MACHINE GUNS AT THEIR HEADS and ordered them out of the car. They searched the car without a warrant and without permission and found nothing , see affidavits of other riders That were in the vehicle on **exhibits #F1, & #F2**

34). Detective Catlin jumped in the car and drove the car away and left them standing on the side of the road and gave them no traffic ticket. I Maurice picked up the Alfred we drove to the Police station and asked to speak to their sergeant.  Eight fully armed Detectives came out with the sergeant and detective Catlin said to me the reason he took the car was that he  saw from the information which is impossible and a lie that a leasing Company  rented the car from BMW and illegally rented it to Alfred Davis but our problem is  he's lying because the car was bought from BMW by the leasing company and loaned out to Alfred Davis which is not illegal, so therefore they stole the car at gun point because black  people are not  allowed to drive nice cars and live in nice homes. This is all in their quest to drive us out of their white neighborhood.

35). Plaintiff Kurt Marin has been named as Borrower on a Mortgage Deed describing property dated Sept. 26, 2006, Deed. Loan City FA is identified on the Deed as Lender and the beneficiary under this security agreement," Florida Title Company is Trustee. Plaintiff has not received notice that WAMU's beneficial interest has been transferred.

36). Plaintiff is informed and believes that WAMU securitized Plaintiffs single Family Residential Mortgage loan through Washington Mutual Mortgage Securities Corporation, Evidenced by references to a "private Investor" made by Chase Bank. 013. On foreclosure docs Defendant WAMU recorded a notice of *Lis Pendens* (NOLP) Describing the Property with instructions that the Plaintiff Contact Chase Bank, National association to stop the foreclosure. The NOLP was signed by Assistant Secretary, a "Declaration of Compliance (Fl. Statute 92.525 like Cal. Civil Code Section 2923.5(b)" attached to the NOLP Was Signed under penalty of perjury by Beth E. Melamed on behalf of Chase Bank National association, "The undersigned Mortgagee, Beneficiary or authorized agent." Washington Mutual is described as Beneficiary. Nowhere is Chases Role described in the Papers on which Chase asserts the right to sell the property except reference to Chase Bank as servicer on the Mortgage.

37). On or about Aug. 28. 2007 Defendant recorded a notice of foreclosure sale Stating that the property would be foreclosed on and sold at public auction. The NOLP included a declaration pursuant to Florida civil Code law bearing the Name of Ann Thorn, first Vice President of Chase Bank National Association. Chase Bank was identified as a servicer on the mortgage. Also they

acted out Racism and Discrimination to kick us Blacks out of a White Neighborhood also as an excuse to evict us illegally with the help of Racism even with the Judges  Example.

### FIRST CAUSE OF ACTION

**VIOLATION OF THE CIVIL RIGHTS ACT OF 1964 AND THE**

**EQUALPROTECTIONCLAUSE OF THE 14TH AMENDMENT OF THE U.S.**

**CONSTITUTION.   A CONSPIRACY TO KEEP BLACKS OUT OF WHITE NEIGHBORHOODS**

Then Chase Bank used discrimination and racism with the excuse of keeping Blacks out of a White neighborhood to illegally evict us because Chase rep. mr. Gamel said  we are NIGGERS who will take the property value down.

38). Three days before the racist incident, Barry Gamel a realtor who claimed he worked with Chase Bank drove by 3320 N.E. 165TH St. my house, and said to Maurice, Al, Clyde and James "you Niggers are an insult, NIGGERS bring down the property value, your making it hard for us to sell property here" Gamel also said "your bank has foreclosed on you and I'm going to get you NIGGERS out, because NIGGERS bring the property value down."

40). Then on or ab out 01/27/11 Barry Gamel was out watching as representatives of the City of Miami Zoning Department accompanied by 11 police officers with rifles and guns out, bullet proof vest on, rammed our front door at 3320 N.E. 165TH St. N. Miami Beach FL. 33160 after police hit the door which Maurice opened and police pointed guns at Maurice saying get on the ground, went in the house and the yacht without a warrant, got the yacht workers out through the house and out of the house ordered them down on the ground handcuffed them checked some of our

15

ID's without any probable cause, while Gamel laughed with zoning person Gill Rosenkauf and High

Fiveing police while neighbors watched. I asked the police sergeant why, he said the bank has

foreclosed on this house and he said we are not supposed to be in the house with owner Clyde

McPhatter, Maurice Symonette said the house is in bankruptcy, see exb. ( b )    never foreclosed,

no Judge ordered eviction and only a Sheriff not a regular police can evict. Then the sergeant said

we'll talk to the Building Department person Gill Rosenkauf who we saw talking to Barry Gamel

before police raided the house.


41). Rosenkauf informed Plaintiffs that we had to vacate the premise because the house was a

danger and uninhabitable since Plaintiffs did not receive city water. Plaintiffs home was using well

water, like other homes in the community are already doing but no law has been brought up

Against people having well water but they are charging us a $250.00 fine every day for not using

City water **see exhibit # ( F )**


42). Rosenkauf ordered Plaintiffs to vacate the property without probable cause. After asking for

the City Hall rule in writing, Rosenkauf stated Chapter 8, Section 5 on the back of his city planning

business card. He then posted a red notice on the door to condemn   the property **(see exhibit C.)**


43). The police searched the residence and ordered all the occupants to leave the home. The Police

then locked the doors. Plaintiffs were forced to leave their Vehicles and walk on foot.


16

44). The next day, Gamel was seen at the residence with another Chase Bank realtor. They were changing the locks on the doors. Another Chase Bank person was seen removing property from the residence loading it on the Chase Bank Realtor's truck.

45). Plaintiffs approached the Chase Bank Rep. and inquired as to where they were going with Plaintiffs property. They said they were instructed to remove the property by  Chase <u>Bank. They</u> showed documents that showed the banks name.  Maurice Symonette asked him for his card.  He said hold on a second and went to the truck to get another card, because something was written on his card.  He jumped into the truck and sped off.

46). Defendants stole over $600,000.00 of equipment. The next day after the locks were changed Florida Power and Light (FPL) was observed turning off the power at the residence. Their reason was that the North Miami Beach Zoning department ordered FPL to cut the power to the because the house was a "grow house" for Marijuana, an illegally controlled substance. When Plaintiffs went to the police department to complain about them calling our house a marijuana grow house the police were embarrassed and said after we have been evicted out of our house for 3 days that we were allowed to go back in because there was no eviction and no Judges order and they were appalled because they (police) searched the whole house the day of the incident and saw no marijuana, just beautiful furniture.   And so therefore we are not going to allow the Zoning department to your house.  And while protesting with the help of Tea Party, the police chief said we should sue Miami Beach.  Now the Zoning department and police  chief no longer work with the City of North Miami Beach.

47). Plaintiffs did not grow marijuana at the premises and no evidence was discovered to counter this allegation. The removal of electricity, which caused the generator in our yacht to stop pumping out water from the boat. The 74 foot 4 story yacht sank and was a total loss. The dock was also damaged while police kept Plaintiffs away from the premises.   See YouTube SymonettePalace bad3.

48). Defendants committed an illegal self-help eviction. The actions of the Defendants caused great harm and stress.

107). On or about July 23, 2010 Plaintiffs son Jerimiah Parham who lived in the house was brought up on false charges for firing a firearm while defending his home from intruders at 3320 N.E. 165th St. Miami Fl. 33160 all in an effort to get us Black people out of this White neighborhood.

108). Plaintiff and his son were arrested because of the incident. Was racially motivated and prejudicial in violation of fourteenth amendment that preserves the rights of a defendant in state court. States the following: because they don't want Blacks in their white neighborhood.

49). A police hit the door which Maurice opened and police pointed guns at Maurice saying get on the ground, went in the house and the yacht without a warrant, got the yacht workers out through the house and out of the house ordered them down on the ground handcuffed them checked some of our ID's without any probable cause, while Gamel laughed with zoning person Gill Rosenkauf and High-Fiving police while neighbors watched. I asked the police sergeant why, he said the bank has foreclosed on this house and he said we are not supposed to be in the house with owner Clyde McPhatter, I said the house is in bankruptcy, never foreclosed, no Judge ordered eviction and only a Sheriff not a regular police can evict. Then the sergeant said we'll talk to the

Building Department person Gill Rosenkauf who we saw talking to Barry Gamel before police
raided the house.

50). On or about July 25th 2012 detectives led by Detective Catlin searched our house

And Plaintiffs bedroom without a search warrant. While pretending to search Alfred Davis room to

further harass us and to force us out of the white neighborhood on July 26th 2012 and they were

obviously looking for money to take and detective said to Alfred Davis where is your money with

witnesses see (**exhibit D&D1.)** all in quest to steal and run black people out of the white

neighborhood.


Maurice Symonette was driving his Mercedes Benze, in North Miami near Biscayne Blvd.  Police

51.)Officers  saw Maurice and recognized his face as he drove by them they then turned their

Car around and made him pull over on a traffic stop, at the time of the stop the officer had no

Objectively reasonable suspicion that Symonette was engaging in any criminal activity, after he

Stopped the vehicle officer Marin ordered  Symonette out of the vehicle, in which he did,  officer

Catlin searched the vehicle without Symonette's consent , officer Catlin entered the vehicle and

Seized a fire arm that he had found in the glove compartment and he lied and said he found it on

The Passenger seat underneath some paperwork, and I have 5, witnesses with affidavits that said

They  Saw Detective Catlin take the gun from out of the glove compartment **see exb. #G1,G2,G3,
G4 and G5** .  The Zoning Department is trying to run us out of town because of the water situation

the Zoning Dept. They say It is illegal to have well water in our area **see exhibit# ( F )**   but there

are people in this neighborhood that have well water and they also said that our gate was to high.

They Acted out Racism and Discrimination to kick us Blacks out of a White Neighborhood also as

an Excuse To evict us illegally with the help of Racism even with the Judges  Example, as a result of

Said extreme and outrageous conduct by defendants and each of them, Plaintiffs has suffered

Severe emotional distress of $5,000,000.00.

WHEREFORE, Plaintiff's pray that this court grant compensatory and punitive damages against

Defendant's for their contribution to the conspiracy to illegally evict Plaintiffs and also they lied to

the police telling them we were evicted already to make us look like **BLACK DRUG DEALING**

**HOUSE SQUATTERS** and had Plaintiffs illegally house searched and evicted without a Judge's order.

WHEREFORE, Plaintiff's Pray that this court grant compensatory and punitive damages against

Defendants.

### SECOND CAUSE OF ACTION –  DAMAGE TO PROPERTY

The police illegally entered plaintiffs home without a search warrant kicked in our

doors, and ordering Florida Power and Light Company who knew better to wrongfully cut off

our power causing our boat to sink causing  thousands of dollars in damages.

### THIRD CAUSE OF ACTION- GRAND THEFT OF PROPERTY

52).  Chase Bank was caught stealing $700.000.00 in property and recording equipment out of

the house and changing locks to lock us out of our house with no court Order. We want our

property replaced or the money back tripled. And also in 8/6/2015 plaintiffs were arriving home

at their  address again, at the 3320 NE 165thnst.  to find that there house had been broken into

by people from the bank JPMorgan Chase Bank) they were still in the house, and the police was

there with them also, they had changed the locks, see exhibit video 2b. on gods2.com of police and bank at house and said that they were from the Bank and were there to evict us, but we were still in Bankruptcy at the time and there they had taken some of the our property out, some from each room, and put a cover over the pool we showed them the Bankruptcy and told them we were not evicted yet, and they had already loaded some of our stuff in a truck that they drove to the house one of the owners of the house told them the bank they had to leave because the house was still under bankruptcy and they would be in a lot of trouble if they tried to take the house without a writ or sheirff then they left after being shown the bankruptcy and still had plaintiffs property on their truck full of our possessions and tools totaling in over $100,000.00.

## FOURTH CAUSE OF ACTION – VIOLATION OF BANKRUPTCY STAY

53). Declaratory relief is authorized under 28 U.S.C. 2210 and The federal Jurisdiction is the violation of Federal Bankruptcy stay. Defendant Chase Bank Called police on Plaintiffs caused the police to Harass Plaintiff CLYDE McPHATTER at the house when asked why ,the police said that Chase Bank told police that we were evicted and now trespassing but, we had not been foreclosed on us yet nor ever evicted, all of this done while we were in Bankruptcy. **see exhibit B.** And at another time on 6/26/2015 Clyde Mcphatter filed bankruptcy again, and had to appear in State Court to stop the sale on 7/1/2015 in front of Judge Barbara Areces , the Judge

Then runs over a legal Bankruptcy **see Exb. 22** and lies in Court on the record and on vidieo

saying that Clyde Mcphatter is not a part of this case knowingly understanding that Federal law

says that No matter how baseless a bankruptcy filing is only the bankrupktcy Judge can allow

for stay relief to allow the County Judge to proceed other than other than that Atty. Navarro as

an Officer of the court must stop a "Proceedings of the case, but Navarro continued illegally

Knowingly against federal law and lies saying no Judge ever allowed Clyde Mcphatter  to

intervene which was a lie because on **7/12/13** the clerk would not allow Clydes's  bankruptcy

To stop the sale. **see Exb.#O** docket Pg. 5 , so on that same date clyde had an emergency

Motion To intervene with his bankruptcy as owner of the house   and Dade Couny Judge

Gerrald D. Hubbart **on   7/16/13** Grants Clyde Mcphatter's bankruptcy motion to intervene

and stop the sale **see exhibit #23**   so therefore Atty. Navarro  said her coconspirator Sharpiro

Fishman Gach'e LLP Gave her specifics that Clyde is a non-Party on transcript**( exb. P) pg. 12 line**

**54** And the sale was incorrectly stopped was her complaint, but Judge Hubbart allowed Clyde

to Stop the sale with his bankruptcy but they never appealed that order  so Clyde being interved

On this case stands then and now, but that's the lie ATTY. Navarro  says in front of Judge Barbara

Areces who as also as lawyer Knows better than to illegally run over a bankruptcy stay as an

officer of the court they did because we are helpless Pro-se people they just want us homeless

on the street all while Atty. Herztlich sat in quietly in back , see **transcript pg. 10-13 lines 14-**

**55 exhibit  P#**   see  Atty / judge Areces order after the big problem is Judge Areces looked

At the record and saw that the MCphatter bankruptcy was allowed by Judge Hubbart  to stop

the sale so Judge Areces Knew the bankruptcy was valid but went against the Federal Law

knowingly violated bankruptcy law seeing Bankruptcy on the docket Exhibit j. day before hearing and handed the red stamped Bankruptcy to her and she read it see Transcript page **11 line 3 Exhibit P.** and see judge Areces signed illegal Order stealing the house from the Federal Bankruptcy court and the Federal Trustee we signed to the  Feds. but of course the rules will change in the middle of the game to their favor because rules and laws only work for them When we walked out of the court room Atty. Navarro came out and Maurice Symonette said to Atty. Navarro you know that the judge gave clyde Mcphatter the right to intervene with his Bankruptcy and Atty. Navarro said  yeah I know but this judge is going to listen to me" and Maurice said we must Sue you ma'am and she said "yeah well go for it" **see Affidavits of 3 witnesses Exhibit Q 1,Q2 &Q3.**

## EMERGENCY HEARING  AQUIRED

Clyde McPhatter, Maurice Symonette and Kurt Marin with motion for emergency hearing stay of this Case to stop writ of possession and eviction because McPhatter was given the right to intervene because he was an owner of the house and had always been on the case  by Judge HUBBERT and Judge Arcese  said she didn't see where he stopped the foreclosure before and stop foreclosure proceedings Judge with HUBERT's order and she ran over McPhatter's Bankruptcy and gave the property to the Bank and at the Writ of Possession HEARING two weeks later after a hearing with Judge Blake allowing Symonette to intervene  and Judge Hubert's order allowed owner Symonette to to intervene for time to do a short sale but the BANK would not stop the Writ of Possession for the Bankruptcy and then ARMY VET. James Buckman leaser of the home who started the lease before Obama saving tenants act was expired and even if expired the tenants act states that tenant gets ninenty 90 days but the Judge would not hear the tenants act motion and

gave Buckman an emergency hearing on Oct. 28. 2015 fourteen days after this Oct. 14th. 2015 Writ hearing and then two days later on Oct. 16th 2015 the Sheriffs put a twenty four hour final notice on the DOOR without us getting our hearings heard that was all filed days before the Writ hearing along with Symonette's Bankruptcy filed Oct. 12th 2015 put in Dade County Clerks office Oct. 13th. 2015 and the Writ hearing was Oct. 14th 2015 so therefore we won't get our emergency hearing and time to move our stuff and we have an interlocutory appeal in and and a regular appeal in for running over the Bankruptcy and an appeal about JPMorgan can't own this note through Operation of law. on our property, on 10/12/15 Maurice filed for legal bankruptcy that should stop the writ of possession but is  now under threat of the writ against our home emergency stay of this writ is requested immediatey.

Then on 8/10/15, my house was broken into by JPMorgan Chase Bank , my front door had been broken into, my swimming pool had been covered with wood, and three hundred thousand dollars worth of studio equipment were taken out of the house. I know that we actually don't have any rights or any hope for true justice. But in the K.J.V. of the BIBLE EXODUS 12:49 says one law for all, Zachariah 11:5 says our oppressors destroy us and hold themselves not Guilty, isaiah 5:20 they call good evil and evil good, luke 11 :45-54 WOE=HELL to lawyers (except those lawyers who repent, so don't defend them because you think you're already Doomed because you are not, if you repent and do what's right and just). 2Tessolonians 2:1-11 but I am going to at least reveal the son of perdition to the World and send them to Hell this I promise, that's why I'm running for PRESIDENT of the USA see facebook maurice symonette and at the email address .forpresidentmaurice@yahoo.com.www.agajobmarch.com.

24

## FIFTH CAUSE OF ACTION – RESPA  AND TILA VIOLATIONS

56). Plaintiffs re-allege and incorporates by reference the allegations contained in Paragraphs 1

through 29.

57). WAMU and its agents made material  misrepresentations and omissions with respect to the

terms of Plaintiffs loan in violation of the Truth In Lending Act (TILA). Plaintiffs is informed and

believes that WAMU concealed the terms of the loan with the intention of inducing Plaintiffs to

refrain from investigating and challenging the disclosures until the period for rescinding the loan

expired. Plaintiff did not receive any documents from WAMU after his meeting to sign documents

at a Florida Title Company, including disclosures required by the Truth in Lending Act. RESPA  and

a notice of right to cancel.

58). Plaintiff's loan is a mortgage loan subject to the provisions of RESPA, 12 U.S.C. 2605 et. seq.

and Cal. financial Code §50505.

59). On Oct. 12, 2010, Plaintiff requested a copy of his loan application and Promissory Note at a

Miami branch of  Chase Bank  in Florida. A bank Officer telephoned a Chase Bank office in Ohio

and informed Plaintiff that he would receive the loan documents in ten days. No documents have

ever been received.

60). Defendants have engaged in a practice of non-compliance with RESPA, including failing to

respond to properly submitted QWR's **see exhibit h-1&h2.** Plaintiff is informed and believes that

this practice is designed to conceal TILA and RESPA violations and to conceal the identity of the

many investors who believe they are the owners of the NOTE WAMU got cash from and true beneficiary of the loan.

61). As a direct and proximate result of Defendants failure to comply with RESPA, Plaintiffs have suffered and continues to suffer actual damages in that he is unable to ascertain the basis for defendants claims to his property, he cannot identify the owner of the beneficiary of the Note, he cannot determine whether his payments to WAMU were paid to the beneficiary and there is no evidence upon which to conclude that Defendants are acting as NOTE owner with  the lawful authority in their attempts to foreclose the property. Under RESPA, Plaintiffs seeks triple damages. They are also in **VIOLATION OF QUALIFIED WRITTEN REQUEST, FORMAL PROTEST, AND DISPUTE OF ALLEGED DEBT AND VALIDITY OF ALLEGED LOAN, we got this letter/Motion to JPM and we never got a response and was deprived of Due process of Discovery so that we could properly Defend or prosecute the case Exhibit h1&h2. and now in federal court we by lawrequest again to Chase Bank.**

## SIXTH CAUSE OF ACTION – NO CONTRACT

62). Plaintiffs re-allege and incorporates by reference the allegations contained in Paragraphs 1 through 35.

63). Plaintiffs is informed and believes that WAMU routinely approved predatory real estate loans to unqualified buyers in 2006 and 2007 and implemented unlawful lending practices by

encouraging brokers and loan officers to falsify borrower's income and assets to meet underwriting guidelines when borrowers were not qualified.

64). Plaintiff followed WAMU's instructions when he submitted a uniform Residential Loan Application **(exhibit. A)** to WAMU that contained only his basic identifying information, such as name, address, phone number, social security number, and bank account number. WAMU employees filled out the application.

65). Plaintiff is informed and believes that WAMU had him, DR. KURT MARIN signed the Promissory NOTE and took the NOTE to the Federal Reserve and illegally opened up an account in his name without His permission using his SS# and other private info. without Him signing a 4506 Permission Federal Form to share your info. violating your Constitutional Right to Privacy, cashing your Promissory NOTE like a check, using the USA Dept. of Treasury tax dollars to cash your NOTE (Check) and fund your loan with his money, also constituting an illegal double closing using money of credit not actual money of exchange Google Treasury **Expert Walker Todd on** MONIES or **see exhibit I.** WAMU did not use their money they used Plaintiff's SS#, credit score, job and signed promise to pay NOTE, to get Feds. to fund the loan with a ten percent return to them at fruition of loan thereby enslaving you with money you unknowingly gave yourself. Then WAMU charges you high interest on money they never gave. Plaintiffs is informed that WAMU immediately after he signed the Note, transferred all of its Interest in the Note to an investment Bank that bundled plaintiffs' Note with numerous other residential mortgages into Residential Mortgage Backed Securities (RMBS) which were structured into synthetic collateralized debt obligations (CDOs) and sold to investors.

66). Plaintiff is informed and believes that the portfolio of RMBS underlying the synthetic CDOs were selected by a hedge fund with economic interest directly adverse to borrowers and investors, and that the hedge fund and the investment bank intended to short the portfolio it helped to select by entering into credit default swaps to buy protection against the almost certain event that the Promissory Notes would default.  WAMU expected that Plaintiff would not have the ability to repay the loan. It was not simply a matter of being unconcerned with the possible outcome that Plaintiff would default: WAMU expected he would Default.

67). Washington Mutual Bank, the sponsor of the securitization transaction, was a wholly owned subsidiary of Washington Mutual Inc.  Securitization of Mortgage loans was a integral part of Washington Mutual Bank Inc's. management of its capital.  It engaged in securitizations of first lien single-family residential Mortgage Loans through Washington Mutual Mortgage Securities Corporation, as depositor, beginning in 2001.  WAMU acted only as a servicer of Plaintiffs loan. as proven in the case in Duval County FLORIDA  JPMorgan v. Pocopanni the judge  found that like in our case which is exactly the same as our case that Atty. Shapiro Fishman and Gach did fraud knowingly that WAMU sold the note and securitized the note days after the closing and according to the GAA rules the note must be physically burned after securitization and never be used to foreclose because the note is satisfied and yet JPMorgan was commiting fraud by trying to foreclose without owning the note because the FDIC did not get any mortgage loan notes from WAMU because they were sold and burned before the FDIC took over WAMU and FDIC rules says that in order to accelerate on or foreclose on a note the Deed must be signed by the FDIC to JPMorgan or any other entity. Only the FDIC can own the note by Operation of Law because the FDIC is acting as if they are WAMU TO PROTECT THE INTEREST OF THE PEOPLE, like the Judge said

in Brevard County said that JPMorgan admits that by operation of Law they can't and don't own the note so JPMorgan can't own WAMU's notes so they can't Foreclose on our note. And that exactly what they have done to us illegally **see exhibit J3** .

68). WAMU failed to disclose to Plaintiff that their economic interests were adverse to Plaintiff and that WAMU expected to profit when Plaintiff found it impossible to perform and default on his mortgage.

69). A necessary element in the formation of an enforceable contract under the common law is a meeting of the minds. Two or more parties must share an expectation that a future event will occur. Plaintiff expected that he would borrow money from WAMU, he would pay it back, then he would own the Property. WAMU expected that Plaintiff would borrow Money he would not be able to pay it back, and then WAMU and/or the investors would own the property. Since there was no shared expectation no meeting of the minds no contract was formed between Plaintiff and WAMU.

70). In addition to WAMU's expectation that Plaintiff would lose title to the property through foreclosure, WAMU anticipated transferring the Note to investors immediately after Plaintiff signed the NOTE. Plaintiff is informed and believes that WAMU purchased credit default insurance so that WAMU would receive the balance on the note when Plaintiff defaulted, in addition to any money WAMU received when it securitized the NOTE many many times over without endorsing the NOTE. So WAMU got over paid twice, then also Forecloses, wow what a windfall!

71). Not only did WAMU dispense with conventional underwriting practices in 2006, it also paid premium fees and other incentives to mortgage brokers who signed up the riskiest borrowers. Fueled by spiraling profits to Chase Bank, WAMU and other bankers, common law principles of

contract formation, customary Underwriting practices and statutory procedures for transferring

interests in real property, including the recordation of transfers of interest in real property,

disintegrated and the system collapsed.

66). WAMU expected that plaintiff would not perform as merely one victim in a  scheme in which

 WAMU's fees as servicer would be greater as the number  of loans increased;

- 	*WAMU's fees as servicer would be greater as the balances of loans increased;*

WAMU would recover the unpaid balance of Plaintiff's loan through Credit  Default Insurance

when Plaintiff inevitably allegedly defaulted; All risk of loss in the event of Plaintiffs' default would

be borne by investors not WAMU as the servicer.

72). Plaintiff's participation in the mortgage contract was procured by overt and covert misrepre-

sentations and nondisclosures. The parties did not share a single expectation with respect to any of

the terms of the mortgage contract and therefore the contract was void *ab initio*.

73). No enforceable contract was formed between Plaintiff and WAMU, and his Mortgage and

 Promissory NOTE were not assets of WAMU according to deposition of WAMU and  Chase Bank

 expert Lawrence Nardi saying "Schedule of loans purchased from WAMU does not exist"  (JP

 Morgan v. Waisome, Lake County Florida  Case 09 CA 005717, 05/09/12, Pg. 261 Line 2 of expert

 Nardi deposition) exhibit #J.  he states "there are no assignments of mortgage.  There's no

 allonges.  There's no-- in the thousands of loans that I have come into contact with that were a

 part of this purchase, I've never once seen an assignment of mortgage.  There is simply not – they

 don't exist.  Or allonges, or anything transferring ownership from WAMU to Chase, in other words.

 Specifically, endorsements.  He could not find where WAMU did not sell the loan immediately

after the closing that could be acquired or assumed by Chase Bank from the Federal Deposit

Insurance Corporation (FDIC) as receiver after WAMU was closed by the Office of Thrift

Supervision on September 25, 2008. **exhibit # k.**

74). Chase Bank has no right to receive payment under Plaintiffs' Mortgage loan and has no right to

foreclose on his property. Plaintiff does not seek rescission of the contract. He alleges that the

contract was void *ab initio*.

## SEVENTH CAUSE OF ACTION - FRAUD AND CONCEALMENT

75). Plaintiffs re-alleges and incorporates by reference the allegations contained in paragraphs 1

through 49.

76). WAMU concealed material facts from Plaintiff to consummate the loan, including:

(A). WAMU did not follow conventional, sound underwriting practices;

(B). Plaintiff would not be able to afford the payments required by his loan;

(C). Plaintiff would not be able to refinance his loan; and

(D). Plaintiffs' loan would be resold and securitized to third parties, rendering It impossible for

the lender to provide Plaintiff with a full re-conveyance upon completion of his payments on the

NOTE.

77). Chase has concealed and continues to conceal from Plaintiff material facts in its possession

which were requested during his visit to Chase Bank on October 12, 2010 that would enable him

to ascertain whether his payments to WAMU were received by the owner or beneficiary of the

NOTE.

78). As a direct and proximate result of Chases Bank fraudulent concealment Coursen v. JP

Mortgage, Plaintiff has suffered and continues to suffer damages in an amount to be proven at

trial. Plaintiff remains under the constant threat of a foreclosure sale of the property, which will

happen **11/14/13** without any more notification to him, and in addition to damages caused by his

emotional distress, he will suffer irreparable injury not compensable in damages if the property is

sold.

On Feb. 24, 2014 Plaintiffs entered objection to sale into the Miami Dade County Court house

To stop Defendant's motion to ratify Clerks sale and stop direct issuance of Certificate of Title,

Dealing with issues of the Defendant not having the original note and that they are not the true

owners of the Note. some Months later plaintiffs were at the same court house checking the files

on the computer on this property on 7/14/2014 it was discovered that another motion had been

put in the files by the Defendants titled " Motion to Ratify Clerks Sale and direct Issuance Of

Certificate Of Title" another  Objection To Sale had been entered also and was attached to those

documents as but it was not the same objection to sale as what plaintiffs had entered in The files

on 2/24/2014 that they were using claiming as an exhibit from us, JPMorgan attorney

Julie Herzlich Had put in fraudulent copy of the "Objection to Sale" in the file, and it had the same

Filing date of 2/24/2014 as was the original copies of plaintiffs,  they are not the real copies,  the

real copies had items numbered from items 1 through 29, but the ones JPMorgan Chase Bank put

in the files were numbered 1 through 17 instead of  the 29 as the plaintiffs had put in, JPMorgan's

document that they entered had the date Feb. 18, 2014 on their  certificate of sale, but on the

original that plaintiffs put in had the date of Feb. 24, 2014,  and JPMorgans copy on their

Certificate of service had a different font size for the word "M/S" on next to the last line

and they forged the signatures on those unauthorized copies, those copies were altered and Tampered with,  JPMorgan's attys. attempt to allow the Judge to appear to be tricked into not into not having plaintiffs full objection to sale heard by changing the document and leaving out lines 18-29 because this is what gave us our legal reasons to object to the sale. The documents that  JPMorgan Chase bank had put in are now being shown as an exhibit 24 on this case showing the altered objection to sale, and the original objection to sale is exhibit 25.

## EIGHTH CAUSE OF ACTION QUIET TITLE

79). Plaintiffs re-alleges and incorporates by reference the allegations contained in Paragraphs  1 through 53.

80). Plaintiffs seeks to quiet title against the claims of the Defendants and all persons claiming any legal or equitable right, title, estate, lien, or adverse interest in the property as of the date the complaint was filed (Fl. Statute 95.11=Cal Code Civil Procedure  760.020).

81). Plaintiffs is the title holder of the property according to the terms of a grant Deed Dated Sept. 14, 2006.

82). WAMU securitized plaintiff's single-family residential mortgage loan through Washington Mutual Mortgage Securities Corp. Plaintiff is informed and believes that the unlawful beneficiary has been paid in full. The mortgage states in paragraph 23, PG. 14, #Exb. L: Re-conveyance upon payment of all sums secured by this security instrument, lender shall request Trustee to re-convey the property and shall surrender this security instrument and all Notes evidencing debt secured this security Instrument to Trustee. Trustee shall re-convey the property without warranty to the person or persons legally entitled to it . . .Mortgage does not state that Plaintiff must make full

payment, only that all secured sums must be paid. Plaintiff alleges that the obligations owed to

WAMU under the mortgage were fulfilled and the loan was fully paid when WAMU received funds

in excess of the balance on the NOTE as Proceeds of sale through securitization(s) of the loan and

insurance proceeds from credit default swaps. We know that Washington Mutual Securities was

used to sell the NOTE in a bundle of 5000 other NOTES on the market unendorsed so as to be able

to sell it over and over again with each investor believing he owns the NOTE and to stop investors

from going after and collecting on the investment.  WAMU files bankruptcy which clears also

WAMU who used **MERS** to sell the NOTE, the same way Washington Mutual Security was used

and now they are both protected from the investors because WAMU is in Bankruptcy, They made

docket tax free, money over and over on money WAMU never gave because the loan was funded

by our tax dollars, from the USA Dept. of Treasury, using the Federal Reserve as the conduit

account, WAMU illegally opened with Kurt Marin's info. and Promissory NOTE. Next the FDIC sells

WAMU assets to JP Morgan that doesn't include DR. KURT MARIN NOTE that they already sold in

fact the WAMU Chase bank  expert Lawrence Nardi operations unit manager and mortgage officer

for WAMU and  Chase Bank says in deposition dated 08/21/12 see Washington Mutual Bank vs.

Waisome, Florida 5th Judicial Circuit case no. 2009-CA-005717  starting on page 57, in the

schedule of loans from WAMU through the FDIC sold to Chase Bank that there is no ownership of

WAMU 2005-2007 NOTES to  Chase bank, no Assignments, no Alonge  Bank, therefore Chase Bank

cannot foreclose on what they don't own. see **exhibit J.**

83). Defendants claims are adverse to Plaintiff because Plaintiff is informed and believes that none

of the defendants is the holder of the promissory note, none of them can prove any interest in the

note, and none of them can prove that the note is  secured by the mortgage, as well as for the

reasons set forth in the proceeding causes of action. As Such, Defendants have no right, title, estate, lien, or interest in the property.

84).  Plaintiff therefore seeks a judicial declaration that the title to the subject Property is vested solely in plaintiff and that defendants and each of them be forever Enjoined from asserting any right, title, estate, lien, or interest in the property adverse To plaintiff.

## NINTH CAUSE OF ACTION-DECLARITORY & INJUNTIVE

### RELIEF

85). Plaintiffs re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 59.

86). An actual controversy has arisen and now exists between Plaintiff and Defendants concerning their respective rights and duties. Plaintiff contends:

(a). That  Chase Bank is not the present holder in due course or beneficiary of a promissory Note  executed by Plaintiff.  However, Defendants contend that  Chase Bank is the present owner and beneficiary of a promissory Note executed by Plaintiff.

(b). That Defendants are not real parties in interest, do not have standing and are not entitled to accelerate the maturity of any secured obligation and see the property because they are not beneficiary or authorized agent of beneficiaries under the proported promissory NOTE. However Defendants assert that they are entitled to sell the property.

(c). That the Notice of *Lis Pendens* recorded in Miami Dade County on which purports to substitute defendant in place of WAMU through title Co. as Trustee under Warranty Deed dated 09/26/2006, was subscribed with a forged signature of a ROBO signer Vice President of Chase, and fraudulently acknowledge and therefore that Trustee is not a trustee Authorized to file a notice of *Lis Pendens* on the property. However, defendants contend that their admitted ROBO signer is a trustee duly authorized to file said notices.

87). Plaintiff desires a judicial determination of his rights and duties as to the validity of the promissory Note and mortgage, and Defendants rights to proceed with Foreclosure on the property. Unless restrained, Defendants will sell Plaintiff's residence, or Cause it to be sold, to Plaintiff's great and irreparable injury, for which pecuniary compensation would not afford adequate relief.

88). Defendants wrongful conduct, unless and until restrained by order of this court, will cause great irreparable injury to Plaintiff as the value of the residence declines under threat of foreclosure and Plaintiff faces the prospect of eviction from his residence. Stay the foreclosure sale to examine the facts.

89). If the foreclosure sale is allowed to proceed, the burden on Plaintiffs significantly outweighs the benefit to Defendants, and each of them.

90). By contrast, if the foreclosure sale is enjoined, the burden to any or all Defendant's is minimal and not at all outweighed by the benefit to Plaintiff's.

91). Plaintiffs has no adequate remedy at law for the injuries currently being suffered and that are threatened. It will be impossible for Plaintiffs to determine the precise amount of damage that he

36

will suffer if Defendant's conduct is not restrained and Plaintiff's must file a multiplicity of suits to obtain compensation for his injuries.

## TENTH CAUSE OF ACTION – SLANDER OF TITLE

92). Plaintiffs re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 66.

92).  The foreclosing Defendant's and each of them, by their acts and omissions, published matters which were untrue and disparaging  to Plaintiff's right to title in the subject property.

94). The afore mentioned publications by the foreclosing Defendants, and each of them, were unjustified and without privilege.

95). It reasonably foreseeable that the aforementioned publications by the foreclosing Defendant's, and each of them, cast doubt on Plaintiff's  right to title in their property,  which has caused and continues to cause damages to Plaintiffs.                                             .

96). As a result of said publications from defendant's, and each of them, Plaintiff's has suffered and continues to suffer loss of money, credit, real property value and reputation, in an amount to be proven at trial.

## ELEVENTH CAUSE OF ACTION- INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

97). Plaintiff's re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 98.

99). Plaintiff's contends that the acts and omissions of the defendants, and each of them, constitute extreme and outrageous conduct.

100). Plaintiff's further contends that defendant's and each of them, engaged in such conduct either intentionally or with reckless disregard as to the effect on Plaintiff.

101). As a result of said extreme and outrageous conduct by defendants and each of them, Plaintiffs has suffered severe emotional distress of $5,000,000.00.

102). WHEREFORE, Plaintiff's pray that this court grant compensatory and punitive damages against Defendant's for their contribution to the conspiracy to illegally evict Plaintiffs and also they lied to the police telling them we were evicted already to make us look like house squatters and had Plaintiffs illegally house searched and evicted without a Judge's order. WHEREFORE, Plaintiff's Pray that this court grant compensatory and punitive damages against Defendants.

## TWELTH CAUSE OF ACTION UNJUST ENRICHMENT

103). Plaintiff re-alleges and incorporates by reference the allegations contained in Paragraphs 1 through 26.

104Chase Bank has no interest in Plaintiff's Mortgage, so the pending foreclosure on Plaintiff's property would constitute unjust enrichment.

105). The mortgage states that all secured sums must be paid. Plaintiff alleges that the

obligations under the mortgage were fulfilled when WAMU received funds in excess of the

balance on the

 106). NOTE as a result of proceeds of sale through securitization to private investors many

times and insurance proceeds from credit default swaps.


### THIRTEENTH CAUSE OF ACTION

### WRONGFUL FORECLOSURE, VACATE FORECOSURE
### JUDGEMENT FOR FA ILURE TO ATTACH A COPY OF THE PROMISSORY NOTE AND
### IMPROPER RE-ESTABLISHMENT OF NOTE


107).  The Breavard County JPMorgan case says they don't own the note through operation of Law.

 JPMorgan vs. see exb. J3.

108). The FDIC manager, expert and  former FDIC employee  Eric Mains says his assignments were

never owned by JPMorgan from FDIC from WAMU. Eric P. Mains v. JPMorgan and WAMU

109). Former employee analist from WAMU Lawrence Nardi says there were never any assignments

 or allonges in any of  WAMUs assets. see JPMC  v. Waisome-Fl.-Deposition of Lawrence Nardi

110). Mclean vs. JPMorgan says you cannot foreclose on a note before you own it.

111).  U.S. Treasury expert Walker Todd says WAMU used money of credit not actual money on

    Their loans. google   see: Bank one, NA vs. Harshavardhan Dave see

112). The Purchase and assumption agreement made by FDIC and JPMorgan has not been sold yet

 from WAMU exb. .

113). WAMU sold the Note and  was not the holder of the note when the FDIC gave WAMU notes

   To JPMorgan through the purchase and assumption agreement. exb. M.

114). An actual controversy exhist we were making payments to WAMU on time and after they

 broke into the house they sent the money back.

115). We were never noticed, on our motion to reconsider. **see exhibit # JJ**

116. I have a lease before the foreclosure started and before the 2009 obama saving tenants

   Act and it should be recognized because I  was never given an extension of time after the

 eviction or even the 90 days I was entitled to **see exhibit J2**

117). 15 million families are now in danger of foreclosure, and plaintiff Dr. Kurt Marin has an

illegal foreclosure of his home at a foreclosure sale to be held Feb. 13, 2014

scheduled for the loan application he submitted to Washington Mutual, is attached as **exhibit  A,** it

 consist of his name and address.  The Defendant seeked the re-establishment of a lost note, but

 failed to attach a copy of the original note to the complaint in violation of Rule 1.130.

D e f e n d a n t  states in  the Complaint that it does not possess the note. Pursuant to Florida

Statute 673.3091: A person not in possession of an instrument is entitled to enforce the

instrument if: The person seeking to enforce the instrument was entitled to enforce  the

instrument when loss of possession occurred, or has directly or  indirectly acquired ownership of

the instrument from a person who was  entitled to enforce the instrument when loss of possession

occurred; and The loss of possession was not the result of a transfer by the person or  a lawful

seizure; (emphasis added). The note in this case was not lost as a result of transfers of the Note by

D e f e n d a n t 's predecessors in interest to subsequent parties, in violation of  F.S.673.3091.

Pursuant to Form 1.944 of the Florida Rules of Civil Procedure: "Copies of the note and mortgage must be attached." (to the Mortgage Foreclosure Complaint. (emphasis added). There is no proof that Defendant ever held or took possession of the note and thus cannot prosecute this foreclosure case. The Defendant has retained the undersigned counsel to represent him in this matter and has agreed to pay reasonable attorney's fees and costs.

118). WAMU sold the Note to Washington Mutual Securities who then sold the note on the market Many times again like Mers which is why we asked for the original Note and proof of who sold and bought the Note many times to ascertain who the true owners are.      Now because the Note was sold by WAMU the same day of the closing and before WAMU failed,  the NOTE was not WAMU's NOTE therefore after WAMU failed, the NOTE was gone and not bought by or given to Chase Bank from the FDIC. **exhibit  M** ). The loan Plaintiffs is informed and believes that WAMU transferred all beneficial interest in the loan to a private investor (Washington Mutual Securities a totally different entity from WAMU).

119). Neither WAMU, or the Florida Title Co. GABRIEL MARTIN, P.A. ATTY. AT LAW, (GMPA),  Chase Bank, nor anyone else has recorded a transfer of beneficial interest in the note property to  Chase Bank.  Chase Bank is a beneficiary, the Florida Title Co. has breached its fiduciary duty to Plaintiff under the Mortgage Deed Agreement, by not recording the alleged transfer of the beneficial interest and/or servicing duty from WAMU to Chase Bank and by not indicating on the notice of default that  Chase Bank is the alleged beneficiary, in the Mortgage Deed it states:

120). Substitute Trustee Lender, at its option, may from time to time appoint a Successor Trustee to any trustee appointed hereunder by an instrument shall contain the name of the original lender,

trustee and borrower, the book and Page where this security instrument is recorded and the name and address of the successor trustee. Without conveyance of the property, the successor Trustee shall succeed to all the title, Powers and duties conferred upon the Trustee herein and by applicable law. The Procedure for substitution of trustee shall govern to the exclusion of all other **provisions for** substitution.

121). Chase Bank does not have standing to enforce the Note because,  Chase Bank is not the holder of the NOTE and  Chase Bank is not a beneficiary under the NOTE.   Chase Bank does not have the capacity to exercise a power of sale.   Chase Bank does claim to be a holder of the Note or a Beneficiary.??  Chase Bank merely describes itself as a loan servicer in the notice of foreclosure. If Chase Bank can prove that it is a servicer, as it asserts without disclosing any document as proof, Chase Bank cannot foreclose on Plaintiff's property without joining the owner of the Note because  Chase Bank is not a real Party in Interest, and cannot take note through operation of law as shown on FDIC transfer papers exhibit. (M) see J.P. Morgan v.  Michigan Supreme Court 37). Plaintiffs is informed and believes that  Chase Bank does not have standing to sale Plaintiff's Property because it is not the holder of the Note.  Chase Bank did not pay any consideration to other Defendants evidenced by a Promissory Note and cannot produce a Promissory Note endorsed to Chase Bank.   Chase Bank does not own the Loan and cannot identify the owner of the loan because it's sold many times. Chase Bank did not purchase the loan when it took over WAMU in Sept. 2008, because WAMU sold Plaintiff's Note days after closing to Washington Mutual Securities among other reasons stated.  J.P. Morgan never finised buying the note when prosecuting foreclosure in 2008 J.P. MORGAN asked for an extension of the sales

agreement until Aug, 2010 exb.( M ), to finish the sale. See mclean v. JP Morgan that states you

cannot foreclose before owning the note.


## FOURTEENTH CAUSE OF ACTION  - VIOLATION OF FL. STATUTE 92.525 AND

## CA. CIV CODE 2923.5


122). Plaintiffs re-allege and incorporates by reference all the allegations contained in paragraphs 1

 through 19.

123). Defendants commenced foreclosure of the property by recording a Notice of *Lis Pendens* in a

Miami Dade county records office on June 1, 2007. **exhibit n.** Attached to the NOLP was a

declaration of compliance with FL. Statute 92.525 Like Cal. Civil code  2923.5  signed under

penalty of perjury by Beth E. Melamed Bar # 0136409 on behalf of  Chase.

124).  Plaintiff is informed and believes that declarant Beth E. Melamed did not have personal

knowledge of the matters described in her declaration, which purported to describe attempts by

Chase  Bank contact Plaintiff as Required by Fl. Statute 92.525.  The NOLP must include a

Declaration from one of three entities showing that it contacted the borrower or tried with due

diligence to contact the borrower.

125). On October 1, 2010, California Attorney General Jerry Brown sent a letter and ordered JP

Morgan Chase to halt all foreclosures in California. A copy of The Letter is posted on the Atty.

Generals Website at ag.ca.gov/news alerts. Mr. Brown wrote: the office of the Attorney General

writes to demand that Chase Bank demonstrate immediately that it conducts foreclosures in

compliance with California civil code, section 2923.5 or if it cannot, Halt all Foreclosures in

California until it can Section 2923.5, subdivision (b) provides that a lender may not record a

Notice of Default in California for a California Mortgage originated between Jan. 1, 2003 and Dec.

31, 2007, unless it can declare that it "has contacted the borrower, has tried with due diligence to

contact the borrower as required by this section, or that no contact was required pursuant to

subdivision (h)." Chase Bank has now admitted that employee assigned to handling foreclosures

signed Affidavits without first personally reviewing the contents of borrower's loan files, thus

borrowers suffered the foreclosures of their homes based on Affidavits that Chase Bank had not

confirmed to be accurate. This admission strongly Suggests that any purported verification by

Chase Bank that it complied with section 2923.5 before commencing a foreclosure in California

like Florida is similar suspect.

126). On October 8, 2010 the Attorney General called on all lenders in California to halt

foreclosing on California homes until they can demonstrate that compliance with state law and

posted a copy on the Attorney Generals Website.

128). In Florida the Atty. Got a 25 billion dollar settlement on this and bank and others for ROBO

Signing fraud google $25 billion settlement on banks in Florida. Foreclosures have been

suspended by state Attorney Generals in many States based on testimony of employees of Chase

Bank Ally (GMAC), Bank Of America and other banks that Declarations and Affidavits were

manufactured to commence foreclosures that were not based on the personal knowledge of the

ROBO-signers whose name and signatures appeared on the Foreclosures documents without the

declarant possessing any personal knowledge of the matters stated therein.

129).  The declaration attached to the NOLP (**exhibit #n**.), does not meet the requirements of FL

Statute 92.525 or Cal. Civil Code 2923.5 and so the foreclosure of the Plaintiffs property would be

illegal under Florida and California law and must be enjoined.

## FIFTEENTH CAUSE OF ACTION  VIOLATION OF THE STATUTE OF LIMITATIONS

130).  If JPMorgan can't Own the Note through Operation of Law like Michgan Supreme Court in

Kim v. JPMorgan and the Florida Court says in Brevard  County Court says, exb. J3., then

JPMorgan has no standing to Foreclose. But because JPMorgan claims that JPMorgan only owns

this Note through Operation of Law, see exb. K. this means that like the FDIC who takes over a

failed Bank like WAMU to protect the people's interest through Operation of Law owns all that

Banks notes and assets and acts as if the FDIC is WAMU Bank and if that is so and now

JPMorgan owns the note through Operation of Law, the WAMU Statute of Limitation is now

JPMorgan's same Statute of Limitation. Therefore the Plaintiffs moves to dismiss the foreclosure

case in the Dade County Court and stop the sale and eviction of the house according to Fl.

Stature 95.011 (2) (c) for failure to complete prosecution within the five year statute of

limitation from when they WAMU/FDIC/JPMorgan filed their first lis pendens to foreclose

06/04/07, about six to eight years have passed and they did not completed their foreclosure.

see docket exhibit (A) thereby surpassing the statute of limitation to foreclose see Elizabeth

Spencer  VS  EMC Mort. Corp. Appeals Court Case # 2002-30022-ca-01 Florida Statute 95.011 (2)

(c) says:  The 2012 Florida Statute: Title VIII  Chapter 95 Limitations of actions; Adverse

Possession 95.11 Limitations other than for the recovery of real property.  Actions other than for recovery of real property shall be commenced as follows:

> (1). within Twenty Years - an action on a judgment or decree of a court of record in this state.

> (2). within five years.

(a).  An action on a judgment or decree of any court, not of record, of this state or any court of the United States, any other state or territory in the United States, or a foreign country.

(b).  A legal or equitable action on a contract, obligation, or liability founded on a written instrument, except for an action to enforce a claim against a payment bond, which shall be governed by the applicable provisions of paragraph (5)(e), S. 255.05 (10),s. 337.18(1), OR s. 713.23(1)(e)(c).  An action to foreclose a mortgage.


## SIXTEENTH CAUSE OF ACTION DEPRIVED OF DUE PROCESS


131). Also we were deprived of our Due Process by not allowing Plaintiff to present his case. see Coursen v. JP Morgan, case no: 812-12-cv-690-t-26EAJ US DIST. COURT TAMPA FL. Judge Richard A. Lazzara  says that Rule 12(b)(6) Dismissal, people must be afforded the opportunity to prove your allegations through discovery process. The Defendant WAMU never answered our Qualified Written Request and never showed ownership of the NOTE or the original NOTE as requested. **See exhibit  h1 & h2** They then claimed that we should have defended ourselves thereby depriving us of our 14th amendment constitutional right to due process clause. So thereby we ask this Court to stop the sale of this house. The statute is clear, at no fault of ours

that in the BANKS quest to avoid having to prove that they own the Note, depending on the court to never make them follow the basic law of showing proof of owner ship, have gone past the Statute of Limitations in their quest avoid revealing their fraud on the court, that has been revealed through the Atty. Generals of Florida and others Chase Bank admitted fraud on the people and the Courts and the Coursen v. JP Morgan case and as a matter of LAW must be DISMISSED with PREJUDICE. Read 14th Amendment Equal protection Clause and the scripture Exodus 12:49 one LAW for all.

## SEVETEENTH CAUSE OF ACTION VIOLATION OF DUE PROCESS OF SERVICE

132).  JPMorgan attorneys claim that we were making claims against them about Not getting notice Due Process and causing it to appear that we just wasting Time to live free but we have new found evidence because you the judge was Holding the files in your Chambers and we couldn't get to the motions to show The court that one month after summary judgment we were claiming that we Never got Due Process noticed 8/03/09. see Exhibit# JJ. and  five months later 1/15/10 our lawyer did a motion to Vacate Default because we were never Served Exhibit k2 then we set a hearing for the Judge to answer our Motions  but instead  the JUDGE bypassed our answer hearing exhibit #7, and answered JPMorgan's  motion only and reset the sale even though they didn't Show up for the hearing, see Docket  exb. #J pg. 6 lines 14-17. And Exhibit 5&6 This forced us to file Bankruptcy for lack of justice. Next JPMorgan ask for another Hearing  and again Does not Show up exhibit #8, and we do a motion to Default For failure to prosecute exhibit #9,  but Instead Somehow JPMorgan Gets an Order to sale 2 months later see Doc. exb. # J,  pg. 5. lines 13-16 Forcing Another Bankruptcy Because we can't get  the Judge to respond. JPMorgan Works out a Short sale With us

exhibit #10, and refused to follow through see Docket exb #J, pg. 4. lines 10-19 All The big Delays

were JPMorgan. The Bank, who was Washington Mutual at the Time claims to have served notice

to a Tenant at one of Kurt Marin's property's on 05/12/07, WAMU put in as an Exhibit, see exb. #

11, a return summons From someone they say by the name of Melissa Jones that WAMU claimed

they Served at 1220 NW 200th st Miami Fl. 33169, The problem Here is that Kurt Marin does not

know anyone by the name of Mellisa Jones, never had anyone by That name to live there, ever, the

only Tenant who has Ever lived there is Miss Thelma Burns and still lives there with a lease

agreement From Kurt Marin see Exhibit #12 & 13, this summons needs to Be examined of who the

process server is, there Is no signature or anything from That person Mellisa Jones proving that

someone named Mellisa Jones was there at the said Address this is a made up Summons created

to make it look As if we were served. We have asked for proof of the Note and proof of STANDING

from 8/03/09 one month after final Judgment throughout The Case see Exhibit 4,5,6, 7,14, & 15

so therefore That Rule you said that we waited to Long to bring this Up does not apply to us.


## EIGHTTEENTH CAUSE OF ACTION VIOLATION FEDERAL 2009 OBAMA SAVE TENNANTS ACT

132). At the Oct.14[th] 15 hearing Judge Barbra Areces said on video no to the Save Tennants Act

leasee James Buckman and his Lease, Exb. Ja. and would not GIVE THE NINETY DAYS THE ACT

REQUIRES for the tenant to move out. By Fl. Statute tenant gets ninety days on Oct. 16th 2015

Sheriffs put a 24hr notice on the door but Judge Areces gave Buckman an emergency hearing

Oct. 28th 2015 deliberately to cause eviction before our Emergency motion could be heard

**PRAYER**

WHEREFORE, Plaintiff requests judgment as follows:

1. That this court issue an Order to show Cause and after a hearing, issue a

   Temporary Restraining Order Preliminary Injunction restraining Defendant's, and each of them, during the pendency of this action, from continuing with their efforts to conduct  a Foreclosure Sale of the Property.

2. That the attempted foreclosure if the Property be declared illegal and that

   defendants be forever enjoined and restrained from selling the Property or

   attempting to sell it or causing it to be sold, either under power of sale pursuant to trust deed or by foreclosure action and from posting,

   publishing or recording any notice of default of foreclosure sale contrary to state

   or federal law.

3. That the underlying loan transaction be declared void as a result of

   Defendant's Chase Bank and WAMU's misrepresentations, fraud, concealment and

   predatory loan practices.

4. That Defendant's make restitution to Plaintiff according to proof.

5. For a judgment determining that Plaintiff is the owner in fee simple of the Property against the adverse claims of Defendants and that they have no interest in the property adverse to Plaintiff's.

6. For damages in an amount of $5,000,000.00.

7. For cost of suit and reasonable attorney fees.

8. For any and all other and further relief that may be just in this matter.

*Exhibit*
*K 2*

2010 JAN 15  PM 2: 19

CIRCUIT/DADE
MIAMI DADE

J.P. Morgan Bank
National Association
            Plaintiff

V.

Kurt Marin
            Defendant

In The Circuit Court
Of The 11th Judicial Circuit
In and for Miami-Dade
County, Fl.

Case No. 07-12402 CA23
            07-07522 CA23

General Jurisdiction

Judge Victoria Sigler

Motion To Reconsider Both
Denial of Stay, Sale and To Vacate
Default

        Comes the defendant, Kurt Marin, through his undersigned counsel, hereby
moves the court to reconsider its denial of the motion to stay the sale and to
vacate the default. And in support states as follows:

1. This is a foreclosure Case.
2. Request was entered without the perfection of service to the Defendant.
3. The record is void of any notice, the fax notice or the receipt of fax.
4. Summary judgement followed based on default and the courts order of
   default.
5.     The Florida Courts demand that the proof of service be perfected and in
   Support of that demand requires the party(s) to file proof with the clerk of
   Of courts that service has perfected within the prescribes of the Florida
   Statute.
6. When proof of service cannot be found after claims of non service, all
   issue revert to the original jurisdiction before any request were granted
   or orders issued by the court.
7. The courts have inherent duty to follow the dictates of the Florida Statute.
8. These duties are to find the facts, hold hearings and inspect the record to
   preserve the integrity of the court.
9. In the case at bar, the record is absent of any showing that the defendant
   Kurt Marin was notified of default timely or within the prescribed time.

10. The fourteenth amendment guaranties that right to each party to
    Challenge service or notice in the state court, when service fails
    Or is clouded.

    Therefore it is moved that the court re-consider its order and grant
The motion as prayed.

Attached hereto are additional points and memorandum in support of
Re-consideration .

Nashid Sabir, Attorney
18350 NW 2 Avenue, Suite 500
Miami, FL 33169
Telephone: (305) 770-1778
Fax: (305) 653-5286
FB:

## VERIFICATION

MAURICE SYMONETTE, DR. KURT MARIN, JAMES BUCKMAN. ALFRED DAVIS AND CLYDE

McPHATTER declares I am the Defendant in the above-entitled action. I have read the foregoing

Complaint and know it's contents. The same is true of my own knowledge, except as to those

matters that are alleged on information and belief, and as to those matters, I believe them to be

true. I declare under penalty of perjury that the foregoing is true and correct, and this

declaration was executed in Ft. Lauderdale, Florida.

| MAURICE SYMONETTE | CLYDE MCPHATTER | DR. KURT MARIN | ALFRED DAVIS |
|---|---|---|---|
| 3320 N.E. 165th St. | 3320 N.E. 165th St. | 3320 N.E. 165th St. | 3320 N.E. 165TH St. |
| Miami, FL 33160 | Miami, FL 33160 | Miami, FL 33160 | Miami, Fl, 33160 |

JAMES BUCKMAN
3320 N.E. 165TH ST.
Miami, Fl. 33160

50

EX6,T3 #

IN THE CIRCUIT COURT OF THE
EIGHTEENTH JUDICIAL CIRCUIT IN
AND FOR BREVARD COUNTY, FL

CASE NO.:   05-201 -CA-0:    7

JPMORGAN CHASE BANK, N.A.,

        Plaintiff,

v.

R               ET AL,

        Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

      THIS CAUSE having come before this Court on October 17, 2013 upon the

Defendant's Motion for Summary Judgment. The Court having reviewed the pleadings, the

subject motion and heard argument of counsel does hereby ORDER and ADJUDGE.

1. The Defendant served requests for admission July 22, 2013. The Plaintiff failed to serve and files responses within thirty days of service of the requests for admission.

2. After Plaintiff failed to reply to Defendant's request for admissions, on September 11, 2013, Defendant served a motion for summary judgment which set forth that Plaintiff's failure to reply to requests for admission would be a basis for Defendant seeking summary judgment against the Plaintiff.

3. Defendant's second request for admission was "Plaintiff is not the current holder of the original mortgage note. Defendant's third request for admission was "Plaintiff is not the owner of the original mortgage note."

4. By operation of law, Plaintiff admitted that it is not the owner or holder of the note.

5. Based upon the admissions the Court finds that Plaintiff does not own or hold the note.

6. Summary judgment and Final Judgment is granted in favor of the Defendant and against the Plaintiff.

7. The Plaintiff shall recover nothing from this action and the Defendant shall go forth without day.

8. The Defendant is the prevailing party and is entitled to reasonable attorney's fees and costs. Jurisdiction is reserved to determine the amount of attorney's fees.

DONE and ORDERED in Chambers in /on this _____ day of October, 2013.

_____
Honorable O.H. Eaton, Jr.

Copies Furnished to:
Richard Shuster, Attorney for Defendant, and
_____, Attorney for Plaintiff

Exh. 32

# Residential Lease Agreement

THIS LEASE AGREEMENT is made and entered into this __1st__ day of __January__, 20 __07__, by and between __Kurt Marin__ hereinafter referred to as "Landlord" and __James Bickman__, hereinafter referred to as "Tenant".

1. Landlord leases to Tenant and Tenant leases from Landlord, upon the terms and conditions contained herein, the __si__ dwelling located at __2820 NE 165 St Miami Fla. 33160__ for the period commencing on the __1st__ day of __Jan.__, 20 __07__, and thereafter until the __31st__ day of __Dec.__, 20 __16__, at which time this Lease Agreement shall automatically renew each year unless terminated in writing. *The Tenant is required to give the Landlord in writing a notice 1 month (30 days) in advance of his/her moving. Notice must be given on the first day of a month. If notice is given after the first day of the month, the 1 month (30 day) notice will not start until the following month.* ***(The notice must be one full calendar month starting on the first day of a month.)*** Rent may be increased at any time after first year and the securite deposit can not be used for rent.

2. Tenant shall pay as rent the sum of $ __2500.00__ per month, due and payable monthly, in advance, no later than 5:00 p.m. by the forth day of every month. Tenant further agrees to pay a late charge of $ __10.00__ for each day rent is not received after the forth of the month to the Landlord regardless of the cause, including dishonored checks, time being of the essence. An additional Service Charge of $ __35.00__ will be paid to Landlord for all dishonored checks.

3. As an incentive to Tenant to make rent payments ***before the first of the month*** and for being responsible for all *minor maintenance of the premises*, a pre-payment discount in the amount of $ __25.00__ may be deducted from the above rental amount each month. *Said discount will be forfeited if Tenant fails to perform as stated above.*

4. Tenant agrees to use said dwelling as living quarters only for __2__ adults and __0__ children, namely: _____ and to pay $50.00 each month for each other person who shall occupy the premises in any capacity.

5. Tenant agrees to accept the property in its current condition and to return it in "moving-in clean" condition, or to pay a special cleaning charge of $185.00 upon vacating the premises. The carpets are to be professionally cleaned. If you prefer that we have the carpets cleaned for you the charge will be billed to you. Carpet cleaning cost are in addition to cleaning charge.

6. PETS ARE NOT ALLOWED WITHOUT WRITTEN PERMISSION FROM LANDLORD. As additional rent, Tenant agrees to pay a non-refundable pet fee of $10.00 per month for each pet. All pets on the property not registered under this Lease shall be presumed to be strays and will be disposed of by the appropriate agency as prescribed by law. A Pet Agreement, if applicable, is attached hereto as Exhibit "B", and incorporated herein by reference. PET NAMES AND DESCRIPTION: __N/A__

7. Tenant agrees not to assign this Lease, nor to sublet any portion of the property, nor to allow any other person to live therein other than as named in paragraph 4 above without first obtaining written permission from Landlord and paying the appropriate surcharge. Further, it is agreed that covenants contained in this Lease, once breached, cannot afterward be performed, and that unlawful detainer proceedings may be commenced at once, without notice to Tenant.

8. Should any provision of this Lease be found to be invalid or unenforceable, the remainder of the Lease shall not be affected thereby and each term and provision herein shall be valid and enforceable to the fullest extent permitted by law.

9. All rights given to Landlord by this Lease shall be cumulative to any other laws which might exist or come into being. Any exercise or failure to exercise by Landlord of any right shall not act as a waiver of any other rights. No statement or promise of Landlord or his agent as to tenancy, repairs, alterations, or other terms and conditions shall be binding unless reduced to writing and signed by Landlord.

10. Tenant will be responsible for payment of all utilities, garbage, water and sewer charges, telephone, gas, association fees or other bills incurred during the term of this Lease. Tenant specifically authorizes Landlord to deduct amounts of any unpaid bills from the Security deposit upon termination of this Agreement.

11. No rights of storage are given by this Agreement. Landlord shall not be liable for any loss of Tenant's property by fire, theft, breakage, burglary, or otherwise, nor for any accidental damage to persons or property in or about the leased premises resulting from electrical failure, water, rain, windstorm, etc., which may cause issue or flow into or from any part of said premises or improvements, including pipes, gas lines, sprinklers, or electrical connections, whether caused by the negligence of Landlord, Landlord's employees, contractors, agents, or by any other cause whatsoever. Tenant hereby agrees to make no claim for any such damages or loss against Landlord. Tenant shall purchase renter's insurance. __N/A__ is to be named as additional Insured

    IMPROVEMENTS TO PROPERTY - Any improvements to the property made by tenant inside or outside *must not be removed without written permission from the property manger*. This includes landscaping, scrubs, flowers, walkways, out buildings such as storage sheds and play-houses, etc. Any interior improvements the tenant may have made to the property must also remain. Improvements such as but not limited to the following are installation of ceiling fans, book shelves, shelving, light fixtures, etc.

12. Any removal of Landlord's property without express written permission from the Landlord shall constitute abandonment and surrender of the premises and termination by the resident of this Agreement. Landlord may take immediate possession, exclude Tenant from property and store all Tenant's possessions at Tenant's expense pending reimbursement in full for Landlord's loss and damages.

13. Landlord has the right of emergency access to the leased premises at any time and access during reasonable hours

to inspect the property or to show property to a prospective tenant or buyer. In the event that the property is sold, the lease/rental agreement between Landlord and Tenant is canceled on the date the new owner takes possession of property. Tenant has thirty days to vacate the property or sign new lease with new owner at new owner's option.

14. Tenant agrees to pay a Security Deposit of $ *2500.00* to bind Tenant's pledge of full compliance with the terms of this agreement. NOTE: SECURITY DEPOSIT MAY NOT BE USED TO PAY RENT! Any damages not previously reported as required in paragraph 25, will be repaired at Tenant's expense.

15. Release of the SECURITY DEPOSIT, at the Option of the Landlord is subject to the provisions below .
   A. The full term of the Agreement has been completed.
   B. No damage to the premises, buildings, grounds is evident.
   C. The entire dwelling, appliances, closets, and cupboards are clean and free from insects, the refrigerator is defrosted and clean, The range is to be clean including the racks and broiler pan, all windows are to be clean inside and outside, all debris and rubbish have been removed from the property, carpets have been commercially cleaned and left clean and odorless.
   D. All unpaid charges have been paid including late charges, visitor charges, pet charges, delinquent rents, etc. WATER BILL MUST BE PAID IN FULL AND COPY OF PAID FINAL BILL SENT TO LANDLORD.
   E. All keys have been returned.
   F. A forwarding address for Tenant has been left with the Landlord. Within thirty (30) days after termination of the occupancy, the Landlord will mail the balance of the deposit to the address provided by Tenant in the names of all signatories hereto; or at the Option of the Landlord will impose a claim on the deposit and so notify the Tenant.
   G. It is the tenant's responsibility to call, make arrangements, and be at residence to let meter readers in for final reading on gas, electric, and water. If Landlord has to do this, there is a $50 charge for each utility.

16. The acceptance by Landlord of partial payments of rent due shall not, under any circumstances, constitute a waiver of Landlord, nor affect any notice or legal proceeding in unlawful detainer theretofore given or commenced under state law. Acceptance of partial rent due or late payments does not create a custom nor constitute a continuing waiver of the obligation to pay on time. No payment by the tenant or receipt by the landlord of any amount of the monthly rent herein stipulated shall be deemed to be other than *on account* of the stipulated rent, nor shall any endorsement on any check or any letter accompanying such payment of rent be deemed an accord and satisfaction, but the landlord may accept such a partial payment without prejudice to his rights to collect the balance of such rent.

17. If Tenant leaves said premises unoccupied for 15 days while rent is due and unpaid, Landlord is granted the right hereunder to take immediate possession thereof and to exclude Tenant therefrom; removing all Tenant's property contained therein and placing it into storage at Tenant's expense.

18. Payment of rent may be made by check until the first check is returned unpaid. Regardless of cause, no additional payments may afterwards be made by check. Rent must then be made by cashier's check, money order or certified check.

19. Rent may be mailed through the United States Postal Service at Tenant's risk. Any rents lost in the mail will be treated as if unpaid until received by Landlord.

20. Tenant agrees, without protest, to reimburse Landlord for all actual and reasonable expenses incurred by way of Tenant's violation of any term or provision of this lease, including, but not limited to $10.00 for each Notice to Pay, Notice to Quit or other notice mailed or delivered by Landlord to Tenant due to Tenant's non-payment of rent, all court costs and attorney's fees and all costs of collection. Both Landlord and Tenant waive trial by jury and agree to submit to the personal jurisdiction and venue of a court of subject matter jurisdiction located in *Dade* County, State of *Florida* . In such event, no action shall be entertained by said court or any court of competent jurisdiction if filed more than one year subsequent to the date the cause(s) of action accrued.

21. Tenant agrees to accept said dwelling and all of the furnishings and appliances therein as being in good and satisfactory condition unless a written statement of any objections is delivered to Landlord within three (3) days after resident takes possession. Tenant agrees that failure to file such statement shall be conclusive proof that there were no defects in the property. Tenant agrees not to permit any damage to the premises during the period of this agreement to woodwork, floors, walls, furnishings, fixtures, appliances, windows, screens, doors, lawns, landscaping, fences, plumbing, electrical, air conditioning and heating, and mechanical systems. Tenant specifically agrees that he will be responsible for, and agrees to pay for, any damage done by rain, wind, or hail caused by leaving windows open; overflow of water or stoppage of waste pipes, breakage of glass, damage to screens, deterioration of lawns and landscaping whether caused by drought, abuse or neglect. Tenant agrees not to park or store a motorhome, recreational vehicle or trailer of any type on the premises.

22. Tenant's obligations are as follows:
   A. Take affirmative action to insure that nothing is done which might place Landlord in violation of applicable building, housing, zoning, and health codes and regulations.
   B. Keep the dwelling clean and sanitary, removing garbage and trash as it accumulates, maintaining plumbing in good working order to prevent stoppages and leakage of plumbing fixtures, faucets, pipes, etc.
   C. Operate all electrical, plumbing, sanitary, heating, ventilating, air conditioning, and other appliances in a reasonable, safe manner.
   D. Assure that property belonging to Landlord is safeguarded against damage, destruction, loss, removal, or theft.
   E. Conduct himself, his family, friends, guests, visitors in a manner which will not disturb others.
   F. Allow the Landlord or his agent access to the premises for the purpose of inspection, repairs, or to show the property to someone else at reasonable hours, and to specifically authorize unannounced access anytime rent is late, or this Agreement is terminated or for pest control, maintenance estimates, serving legal notices, or emergencies.
   G. Comply with all provisions of this Agreement, particularly with respect to paying the rent on time and caring for the property. Tenant warrants that he/she will meet the above conditions in every respect, and acknowledges that failure

to perform the obligations herein stipulated will be considered grounds for termination of this Agreement and loss of all deposits.

23. No additional locks will be installed on any door without written permission from the Landlord. Landlord is to be provided duplicate keys for all locks so installed at Tenant's expense within 24 hours of installation of said locks.

24. Tenant agrees to install and maintain a telephone, and to furnish the Landlord the telephone number and/or any changes thereof within three (3) days of its installation.

25. In the event repairs are needed beyond the competence of the Tenant, Tenant is urged to contact the Landlord. Tenant is offered the discount as an incentive to make his own decisions on repairs to the property and to allow Landlord to rent the property without the need to employ professional management. Therefore, as much as possible, Tenant should refrain from contacting the Landlord or his agent except for emergencies, or for expensive repairs. Such involvement by the Landlord or his agent will result in the loss of the discount and/or deductible.

26. Tenant warrants that any work or repairs performed by him will be undertaken only if he is competent and qualified to perform it. Tenant will be totally responsible for all activities to assure that work is done in a safe manner which will meet all the applicable codes and statutes. Tenant further warrants that he will be accountable for any mishaps and/or accidents resulting therefrom such work, and will hold the Landlord free from harm, litigation, or claims of any other person.

27. Tenant is responsible for all plumbing repairs including faucets, leaks, stopped up pipes, frozen pipes, water damage, and bathroom caulking.

28. Appliances or furniture in the unit at date of lease per the attached Exhibit "A", are loaned, not leased to Tenant. Maintenance of appliances or furniture is the responsibility of Tenant who will keep them in good repair.

29. Tenant is responsible for all glass, screen, and storm repairs.

30. No money is to be deducted by Tenant from rent payment for any reason without express written permission of Landlord.

31. Regardless of assignment of responsibility, Tenant agrees to be responsible for the first $75.00 of any repair or maintenance required on the major systems of the property for the term of the lease. This deductible applies per occurrence.

32. Tenant accepts entirely the responsibility for recharging air conditioner compressor and the cleaning of furnace or replacement of furnace filters.

33. Smoke Detectors have been installed and are in operable condition in the following places: KITCHEN, LIVING, BEDROOM, HALL    Tenant initials ____. From this time on you will be required to maintain the smoke detectors. Any new batteries are your responsibility. If you have any questions about the smoke detectors, you should call us promptly.

I/We, the undersigned, have personally checked the smoke alarms in the unit which is provided and find it/them to be in working order. I/We understand that the law requires me/us to maintain the alarms and keep fresh batteries in the mechanism. Tenants failure to do so absolves the Landlord, or agent from any responsibility for losses due to my/our non-compliance with the law or malfunction of the alarm.

Tenant signature X _____    Date 1-1-2007

34. NO WATER BEDS PERMITTED WITHOUT WRITTEN PERMISSION.

35. All parties agree that termination of this Agreement prior to termination date will constitute breach of the tenancy and all Security Deposits and one full month's rent shall be forfeited in favor of Landlord as liquidated damages plus you will be charged the cost of restoring the property to rental condition plus advertising and rent loss incurred until the new resident moves in. Your liability for rent loss is limited to thirty (30) days after restoration is complete.

36. Properties built before and during the late sixties and early seventies may have had lead based products and asbestos products used in them. These products were considered to be safe at the time they were used, just as the building products used today are considered safe for home construction. Only the test of time will show which products are or are not safe to use. Having read the above, the tenant signs the lease below with the full understanding that these conditions may be present in this property. The tenant and all parties associated with this property relieves the owner, property manager, and any of his agents from any responsibilities for these conditions regardless of when or how these conditions were caused.

You also acknowledge receiving the EPA Booklet "Protect Your Family From Lead In Your Home".

X _____ Tenant Signature Date
X _____ Tenant Signature Date

37. From time to time, owner may be represented by an agent who will carry identification.

38. In this Agreement the singular number where used will also include the plural, the masculine gender will also include the feminine, the term Landlord will include, Owner or Lessor; and the term Tenant(s) will include Resident, Lessee or Renter.

39. Unless specifically disallowed by law, should litigation arise hereunder, service of process thereof may be obtained through certified mail, return receipt requested; the parties hereto waiving any and all rights they may have to object to the method by which service was perfected.

40. TENANT agrees to send all notices to Landlord or Property Manager in writing by certified mail, return receipt requested. This is the only form of notice permitted in a court hearing as evidence of notice given.

41. The Tenant was asked if he/she could speak, read and understand English. He/she was told that signing below would indicate that they understand what they were signing and that he/she did speak and read English.

YOU SHOULD READ AND UNDERSTAND THIS LEASE, IT IS A LEGAL AND BINDING CONTRACT.

Signing below means you have read the Lease, are in full agreement with it and have received a copy of the contract.

ACCEPTED THIS _____ DAY OF _____

at _____

(Address, City and State)

_____          _____
Tenant 1                                  Tenant 3

_____          _____
Tenant 2                                  Landlord, Property manager or Agent

## EXHIBIT "A"

The following appliances and/or furniture are on loan to Tenant for the period of Tenant's rental agreement or lease on the following basis: Tenant agrees, by the signing of this agreement, that all appliances and/or furniture herein listed are accepted by Tenant, individually, as being in good working order or condition. Tenant agrees to maintain said appliances and/or furniture in good working order at his expense. If tenant fails to pay rent by the fifth day of the month, the landlord/manager or his representative may enter building and remove appliances or furniture belonging to Landlord without giving tenant advance notice.

### APPLIANCES AND/OR FURNITURE

|   | Furniture Description | Appliance Number or Item | Condition | Location |
|---|---|---|---|---|
| 1 |  |  |  |  |
| 2 |  |  |  |  |
| 3 |  |  |  |  |
| 4 |  |  |  |  |
| 5 |  |  |  |  |
| 6 |  |  |  |  |
| 7 |  |  |  |  |
| 8 |  |  |  |  |
| 9 |  |  |  |  |
| 10 |  |  |  |  |
| 11 |  |  |  |  |
| 12 |  |  |  |  |
| 13 |  |  |  |  |
| 14 |  |  |  |  |
| 15 |  |  |  |  |
| 16 |  |  |  |  |

Tenant: _____

Date: _____

## EXHIBIT "B"

### PET AGREEMENT

Date: _____ N/A _____ (Addendum to Lease Agreement)

This agreement is attached to and forms a part of the Lease Agreement dated _____ N/A _____ between _____ N/A _____, Landlord, and _____, Tenant(s).

Tenants desire to keep a pet named _____ N/A _____ and described as _____ in the dwelling they occupy under the rental agreement or lease referred to above, and because this agreement specifically prohibits keeping pets without the Landlord's permission, Tenants agree to the following terms and conditions in exchange for this permission:

1. Tenants agree to keep their pet under control at all times.
2. Tenants agree to keep their pet restrained, but not tethered, when it is outside their dwelling.
3. Tenants agree not to leave their pet unattended for any unreasonable periods.
4. Tenants agree to dispose of their pet's droppings properly and quickly.
5. Tenants agree to keep pet from causing any annoyance or discomfort to others and will remedy immediately any complaints made through the Landlord or his agent.
6. Tenants agree to get rid of their pet's offspring within eight weeks of birth.
7. Tenants agree to pay immediately for any damage, loss, or expense caused by their pet, and in addition, they will add $ _____ to their Security Deposit, any of which may be used for cleaning, repairs, or delinquent rent when Tenants vacate.
8. Tenants agree that Landlord reserves the right to revoke permission to keep the pet should Tenants break this agreement.
9. Tenant agrees to pay an additional $ _____ in rent per month per pet.

_____
TENANT

_____
LANDLORD

in The CIRCUIT COURT of the 11th Judicial COURT Circuit
mAMI DAde County Florida CIVAL Division

Washington Mutual
Plaintiff

V S                                                    # 07-12402-CA01

KURT MARIN
Defendant                                              Exhibit
                                                         JJ

Motion To Reconsider

Washington Mutual was asked to show proof That they have
The NOTE and own it they Responded by SAY that it was
Frivoulous then just showing the MortgAge not the
NOTE. But, in Case # 07-07522 CA01 washingTon Mutual vs
Wexford Bank: washington Mutual Asked Wexford for proof
OF NoTe But don't WANT to give us the proof, thats
A double Standard we want see NOTE. So Stop the
FORCLOSURE because I was never served never got due process
see Docket For proof.

                                        K̲u̲r̲t̲  8/3/2009

                            10671 NE Quaybridge Court, unit 11
                            Miami Shores, FL 33138



MAURICE SYMONETTE III FOR PRESIDENT
for President
DONATE
To donate go to gofundme at
http://www.gofundme.com/vf76payd5

MAURICE SYMONETTE is RUNNING FOR PRESIDENT to Stop ISIS PLOT To KILL
To Kill Black Women

**President for Good People Latin Black & White who must Unite**

1. Here are 9 points, that I (Maurice Symonette) I know will make the USA Heaven (New Jer-USA-lem); I will Bring the Black Man, White Man & Police back together in unity & stop the Race War. Having a race war is what the Russians, Chinese, ISIS & the rest of th Jihadist want so they can come into America & help the Black Man over throw the White Man. This is the fear that the Egyptian had about israel Exo. 1:6. & because the black man has no infrastructure, ISIS will enslave all black men and kill all Black & Christian Woman in America. My messege while running for PRESIDENT will unify all blacks, Whites & the police who are the 2 true brethern shem (black man) & Japheth (white gentiles) see Gods2.com for more info. Isis plot to kill black women of America article that is stated in pg25-30. We as a nation must come together as brothers to stop fighting amoungst our selves & fight for each other Neh.4:14. When black & white men unify there is no nation that can stand against us. As it is written the wealth of the Gentiles and the forces (police and military ) o f the Gentiles will flow to me (Isrealites) in the last days Isaiah 60:3-18.
2. I will reveal The son's of Perdition such as the bankers, IRS & Regulators ( Rockerfeller, Rothschilds & Saud) who must be revealed for the brethern latin, black & white to unite 2 Thess.2:1-11 Gods2.com. In 2 Peter 3:6 it states, if we fight ike we did in the days of Noah God YAHWEH will kill every body by fire and not water. Running for President will allow me to get rid of te law breakers & save all good people of all Nations Matt. 25:32,Rev. 7:9-13. All nations are one Blood Act. 17:26, Gen. 9:18:22, with this we will eliminate all Race Wars!! Gods2.com.
3. ISIS has a PLOT to kill all Black Women of America & all Christian Women. I must save our Women from this Great Red Dragon (ISIS) Rev. 12:1-3, together in unity is considered the same as Michael gathering his angels (Men) to fight ISIS & the Jihadist this Great Red Dragon the Ishmaelites father of all Arabs & East indians Rev.12:7-8. While in office, the Great Red Dragon (ISIS)will not prevail Rev. 12:7-9. And we will save our women 4. My Job is to save all white gentiles of the world, the Ashkenazi Jewish Gentiles & the white Gentiles of America Rom. 9:24-30. Exo.18:17-22.
According to Rev.1:13-15 Jesus was a Black man & Jesus is Just Us Col. 4:11 said concerning the white Roman soldiers while being persecuted. Promise that shem & Japheth that they would be dwelling the same tent (heaven on Earth together in Unity so Japhet must be saved with Shem.
5. Eradicate terrorism in Gods way eye for an eye Exo.21:23-25, Gods2.com. Put the fear of God in any nation that wishes to harm us, which would case no other nation to consider such an act. 1Sam.15:3
6. Protect the borders. God had borders Isa. 60:18, Rev.21:Ch. Deut 2:ch. The scripture orders us to be like God Matt. 5:48 if God has borders, America should have barriers (walls), and only allow righteous people into The U.S. , which is heaven or New Jerusalem Rev. 21:1-4. if you look at the word Jerusalem in the middle of it you will find Jerusalem in the middle of it you will find USA (Jer USA lem).7 Healthcare, Deut. 22:4-5. states that if you see your brother injured you must help him. This is what America ws founded on IF anybody comes in injured & can't afford it we must help him ike we have always done.
8.abortion should be abolished, there's is no abortion other than for life or death circumstances life is very precious, life should be respected.
9. My last final point, the right to bare arms in Matt. 10:34 Jesus states, I came not to send peace but a sword, then currently our gun rights have been taked away, so that only criminals and terrorist can only have weapons . so that we the people can't defend ouselves. The first gun rights was passed by radical republicans after the civil war, so that black people would have the right to defend themselves against the kkk. Politicians who were members of The KKK passed a law called the Black code of The Amercan south to keep blacks in slavery. These 9 points are what I believe will make this country great, by following Gods Laws this country will prosper, I Maurice Symonette am proud to say I am running for president.
10.Are Banks paying off judges and lawyers? Banks make you sign a promissory note, then deposit it in the federal Reserve like a check. Then cash the check (note) then fund your loan with your cashed check but without your knowlegde. This is illegal! Then charge you high interest on money that came from you. Not the bank. Ten sell your notes many, many times. Make millions off your signatured note. They owe you! yet they calll you dead beat homeowners. Then they foreclose on you, on a note that they no longer own and money they never gave. Then they ask for U.S. bailouts for money they never gave. Then they ask for U.S bailouts for money never lost. Save your home and fight for your homes! Call 786-344-0499. 2nd Thessalonians 2:1-11.sons of Perdition (banks) will be revealed.
11. Destroy all Illegal Mortgages.

ISLAM USED BY  MAGOG - GOG = ISHMAEL  THE GREAT RED DRAGON (GOOGLE THIS).
The religion of ISLAM is used by GOG & MAGOG (Russia, China & Ishmael) to recruit all people to fight against
GOD & KILL ALL BLACK  WOMEN OF AMERICA . REV. 12:CH
I Maurice realize that I as a real Black man of America X Slave (Hebrew) don't have don't have real rights to run
for President in America, Obama was never a Slave or a descendant of a Slave but is an Ishmaelite Somalian
(Kenyan, the people who sold Blacks into Slavery) that's why he was voted in & allowed to be President because
he's Somalian = (Kenyans who are Arabs, East Indians, Pakistanians & Asians are all Sons of Ishmael) & have
Deceived everybody Rev.12:7. & are the only So-called Blacks allowed to excel & some pass as whites, they run
this Gov. & own all businesses, Whites & X Slave Blacks don't own a business no where, even in the deepest
parts of the South of America all Businesses & that Gas station is now owned by Ishmael. Whites & X Slave
Blacks are taxed, zoned & code enforced out of business in America by a country with their many numbers of
people to vote themselves into power to run the enforcement agencies. Ishmaelites don't regulate themselves,
they pay no tax & don't have permits, business or occupation license (money burdens in their business because
they are the IRS, Zoning & Code Enforcers/Slave Masters [see video.2a on gods2.com shows videos of their
businesses of no license displayed like we have to have] they don't even need drivers License wow! Google this
you never see them in jail, they KILL us & hold themselves Not Guilty (Clinton) Zech.11:4-6, they have safe
zones in America & Europe & can't be prosecuted they're free to break all rules, in the World & in Court  like
Judge Barbra Areces in Miami she's Arabian & runs over bankruptcy (White people's Laws) using all Indian
Lawers to just take our property & give it to Ishmael & Arab Jews, we can't talk about our religion but Ishmael
can talk about Islam, they regulate the IRS  giving the nonprofit status but stop us from doing the same thing,
it's no one Law for all Ex. 12:49 they even own FOX NEWS & TWITTER, Google SAUDI PRINCE Alwaleed Bin
Talal  owns FOX. WHITE & BLACK MAN WAKE UP! Ishmael has taken over & has taken out all of our freedoms
with Arabs playing the bad guy terrorizing us (ISIS) & Indians playing the good guy regulator saying we have to
regulate guns & give up our rights to protect us from Terrorist (Ishmael) & as refugees are invading America &
Europe now, wow what a trick We don't own nothing & are in Slavery to Ishmael & Canaan the Sons of Perdition
remember Rockafeller  is the Canaanites the son of HAM father of all Africans including White African
Canaanites the Grand Son of NOAH who Violated Noah & was CUSED & turned White as Snow (Albino) who are
totally different from Japheth the White Gentiles who aren't Cursed White, just light skinned through the
circumstances of  living in cold Europe Gentiles are Hebrews because Noah his father is Hebrew, that's why the
whole body of CHRIST is  the JEW (Black American  Hebrews) & the Whites (Gentiles Hebrews) 1st Cor
12:12-13.  Canaanites (Rockafeller) gives power to Ishmael who owns the Worlds tallest building (in Dubai), they
own Jerusalem & all businesses. They were the slave masters over us in Egypt with Canaanites (Hyksos) again
Deut.28:68. See picture to your right below in This Article & was the white Canaanite Slave Master's Ishmaelite
houseboy over Black Hebrew Slaves in America & help capture us in Africa, then they mix with us so we will
defend them as our so-called family but as they did in slavery, keep you enslaved (poor and out of business. So if
you are broke & need a license to drive you is not an Indian (Ishmael). 202 In 1773 the Revolution was started
because Britain Tea Taxed Whites & free Black man but did not tax the East INDIA Tea co. thereby enslaving
(regulating) the people to East Indians (Ishmael) & caused the Boston Tea Party Revolution. Today Latin, Black &
White must Unite again & Revolt against Ishmael. Rev.12: 10 They're coming down with great Wrath because
they know I'm waking up Whites & they have a short time before I become president that's why all Riots these
past few years originated from Indian/Arab stores fighting Blacks like Michael Brown pushing an Indian in his
store in Ferguson & in N.Y. Black Men choked to death for selling cigarettes in front of Arab store ETC. Ishmael
is truing to cause a race war to separate Black from & the Police so that Russia, China, the Middle East (ISIS, Al-
Qaeda, Bokoharam & Hamus which is all the sons of Ishmael) will come to Help Blacks kill all whites, American
Black women, Jews Gays, Media non repenting Ishmaelites & the Police, they enslave Black men to build for
them like in Egypt & Babylon both owned by Ishmael Ex.1: 11. & Dan. 1:3-4. But I will stop Ishmael like the day
of lot Destruction to them or like the days of Jonah = the King repented & was saved (this country's by the
people or the majority of the people=king of Babylon today = Ishmael the majority by joining Democrats to vote).
So Ishmael has voted himself in as Judge made himself bank Lawyer in foreclosure court breaking all laws to
foreclose on white people and black peoples property, in Isaiah 60:1-5 it says the forces of the Gentiles will
come to the black man the forces is the armed forces, white people arm yourselves & keep your guns no matter
what President Obama that Somalian Indian tries to tell you, in the Movie Star Wars that's what it meant when it
says May the force be with you (black & white peoples guns & bullets we the two brothers black & white must
fight one for another (Neh. 4:14) don't be afraid, for God YAHWEH is with  the Black Man & the White Man
Deut. (7:21). All the Banks are owned by Ishmaelites/Arabs, East Indians, Canaanites/Rockefeller  & Moabites/
Orientals, and they are stealing America from us wake up and fight, this is the Great War of Magog & Gog Vs.
the people of GOD Shem & Japheth, Jews & Gentiles, (Black people of America Shem & The white Gentiles
Japheth) are the Saviors of The World (OBA. 1:21 & 1COR. 12:12-13.  Vote for The real black man, X SLAVE
Maurice Symonette, this is the BIBLE V. BABLE choose ye this day whom you will Serve GOD or the DEVIL. See
gods2.com (vampires & warewolves)
WWW.SYMONETTEFFORPRESIDENT.COM      See SYMONETTE HELP THE VETS ON
www.AGAJOBSMARCH.com donate at http://www.gofundme.com/vf76payd5